B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Antoni, Albert J Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7149** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1510 Val Court**<br>**McHenry, IL**<br>ZIP Code **60050** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 377**<br>**Wauconda, IL**<br>ZIP Code **60084** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Antoni, Albert J Jr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**10-32915** | Date Filed:<br>**8/31/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>      _____<br>      (Name of landlord that obtained judgment)<br><br><br>      _____<br>      (Address of landlord)<br><br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Antoni, Albert J Jr.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Albert J Antoni, Jr.**
Signature of Debtor  **Albert J Antoni, Jr.**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 14, 2012**
Date

### Signature of Attorney*

X **/s/ Lester A. Ottenheimer III**
Signature of Attorney for Debtor(s)

**Lester A. Ottenheimer III 3127572**
Printed Name of Attorney for Debtor(s)

**Ottenheimer Law Group, LLC**
Firm Name

**750 Lake Cook Road**
**Suite 140**
**Buffalo Grove, IL 60089**

Address

**Email: Lottenheimer@olawgroup.com**
**847-520-9400  Fax: 847-520-9410**
Telephone Number

**June 14, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## RETENTION AGREEMENT

*BEFORE THE CASE IS FILED:*

The Debtor Agrees To:

      1.      Discuss with attorney the Debtor's objectives in filing the case.

      2.      Provide the attorney with full, accurate and timely information, financial and otherwise, including properly documented proof of income

The Attorney Agrees To:

      1.      Personally counsel the debtor regarding the advisability of filing either a Chapter 7 or Chapter 13 case, discuss both procedures (as well as non-bankruptcy options) with the debtor and answer the debtor's questions.

      2.      Personally explain to the debtor that the attorney is being engaged to represent the debtor on all matters arising in the case, as required by Local Bankruptcy Rule and explain how and when the attorney's fees and the trustee's fees, if any, are determined and paid.

      3.      Personally review with the debtor and sign the completed petition, plan, statements, and scheduled, as well as all amendments thereto, whether filed with the petition or the later.

      4.      Timely prepare and file the debtor's petition, statements, and schedules.

      5.      Explain to the debtor how, when, and where to make all necessary payments, with particular attention to housing and vehicle payments.

      6.      Advise the debtor of the need to maintain appropriate insurance.

*AFTER THE CASE IS FILED:*

The Debtor Agrees To:

      1.      Appear punctually at the meeting of creditors (also called the "341 meeting") with recent proof of income and a picture identification card (If the identification card does not include the debtor's social security number, the debtor will also bring to the meeting a social security card.)

      2.      Notify the attorney of any change in the debtor's address or telephone number.

      3.      Inform the attorney immediately of any wage garnishments or liens or levies on assets that occur or continue after the filing of the case.

1

4.    Contact the attorney immediately if the debtor loses employment, has a significant change in income or experiences any other significant change in financial situation (such as serious illness, marriage, divorce or separation, lottery winnings or an inheritance).

5.    Notify the attorney if the debtor is sued or wishes to file a lawsuit (including divorce).

6.    Inform the attorney if any tax refunds to which the debtor is entitled are seized or not received when due from the IRS or Illinois Department of Revenue.

7.    Contact the attorney before buying, refinancing, or selling real property, and before entering into any loan agreement.

8.    Supply the attorney with copies of all tax returns filed while the case is pending.

9.    Sign another Retention Agreement after the case is filed.

The Attorney Agrees To:

1.    Advise the debtor of the requirement to attend the meeting of creditors, and notify the debtor of the date, time and place of the meeting.

2.    Inform the debtor that the debtor must be punctual and, in the case of a joint filing, that both spouses must appear at the same meeting.

3.    Provide knowledgeable legal representation for the debtor at the meeting of creditors (in time for check-in and the actual examination).

4.    If the attorney will be employing another attorney to attend the 341 meeting or any other court hearing, personally explain to the debtor, in advance, the role and identity of the other attorney and provide the other attorney with the file in sufficient time to review it and properly represent the debtor.

5.    Timely submit to the Chapter 7 trustee properly documented proof of income, pay advices and required tax returns for the debtor including business reports for self-employed debtors.

6.    Timely respond to objections to plan confirmation and, where necessary, prepare, file and serve an amended plan.

7.    Timely prepare, file and serve any necessary statements, amended statements and schedules and any change of address, in accordance with information provided by the debtor.

8.    Be available to respond to the debtor's questions.

9.    Prepare, file and serve timely amendments, if necessary.

10.     Object to improper or invalid claims, if necessary.

11.     Timely respond to motions for relief from stay.

12.     Prepare, file, and serve all appropriate motions to avoid liens.

13.     Provide any other legal services necessary for the administration of the case.

Payment of Attorneys' Fees:

1.     For all the services outlined above, the attorney will be paid a fee of $2,500.00 plus $306.00 filing fee.

Prior to signing this agreement, the attorney has received $1,000.00 leaving a balance due of $1,500.00.

2.     *Early termination of the case.*  Fees payable under the provisions set out above are not refundable in the event that the case is dismissed, unless the dismissal is due to a failure by the attorney to comply with the duties set out in this agreement.  If a dismissal is due to such a failure by the attorney, the court may order a refund of fees on motion by the debtor.

3.     *Improper conduct by the attorney.* If the Debtor disputes the sufficiency or quality of the legal services provided or the amount of the fees charged by the attorney, the debtor may file an objection with the court and request a hearing.

4.     *Improper conduct by the debtor.*  If the attorney believes that the debtor is not complying with the debtor's responsibilities under this agreement or is otherwise not engaging in proper conduct, the attorney may apply for a court order allowing the attorney to withdraw from the case.

5.     *Discharge of the attorney.*  The debtor may discharge the attorney at any time.

Signed:

Albert J. Antoni                                        Lester A. Ottenheimer, III
                                                                Attorney for Debtor(s)

3

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Albert J Antoni, Jr.__            Case No. _____

Debtor(s)       Chapter   __7__

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Albert J Antoni, Jr.**
                        **Albert J Antoni, Jr.**

Date:  **June 14, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Albert J Antoni, Jr.**

_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 8,155.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 95,699.30 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 8,015,938.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 19 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 895.80 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,805.00 |
| Total Number of Sheets of ALL Schedules | | 83 | | | |
| | | Total Assets | 8,155.00 | | |
| | | | Total Liabilities | 8,111,638.10 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Albert J Antoni, Jr.**   _____,    Case No. _____

                                                Debtor

                                                        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtor has no interest, equitable, legal or otherwise in any real property.** | | - | 0.00 | 0.00 |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Albert J Antoni, Jr.**
                                                                                                  ,    Case No. _____
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash** | - | 30.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking - Harris Bank** | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **1 desk top, printer 4TVs, 1 DVD player, miscellaneous appliances, kitchen table & clairs, 2 sets of bedroom furniture, living room furniture** | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Miscellaneous apparel** | - | 150.00 |
| 7.  Furs and jewelry. | | **1 watch** | - | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 9mm pistol, fishing gear** | - | 300.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        2,280.00
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                            ,   Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sole Shareholder: **Falcon Precision Industries, Inc.** | - | 0.00 |
| | | **AJA Services, Inc.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Albert J Antoni, Jr.**                                                                    Case No. _____
                                                                              ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1987 Chevy Pick-Up (150,000 miles)** | - | 5,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 desk, 1 chair, side cabinet** | - | 125.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Snow blower, patio furniture, barbeque grill, miscellaneous tools** | - | 250.00 |

|  | Sub-Total > | **5,875.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **8,155.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Albert J Antoni, Jr.**                                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking - Harris Bank** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |
| **Household Goods and Furnishings** | | | |
| **1 desk top, printer 4TVs, 1 DVD player, miscellaneous appliances, kitchen table & clairs, 2 sets of bedroom furniture, living room furniture** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous apparel** | **735 ILCS 5/12-1001(a)** | **150.00** | **150.00** |
| **Furs and Jewelry** | | | |
| **1 watch** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **1 9mm pistol, fishing gear** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Stock and Interests in Businesses** | | | |
| **Sole Shareholder: Falcon Precision Industries, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1987 Chevy Pick-Up (150,000 miles)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,500.00** |
| | **735 ILCS 5/12-1001(b)** | **1,445.00** | |
| **Other Exemptions** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **30.00** | **30.00** |
| **1 9mm pistol, fishing gear** | **735 ILCS 5/12-1001(b)** | **0.00** | **300.00** |
| **2001 Ford Taurus** | **735 ILCS 5/12-1001(c)** | **1,600.00** | **1,600.00** |
| **1 desk, 1 chair and side cabinet** | **735 ILCS 5/12-1001(b)** | **125.00** | **125.00** |
| **Patio furniture, miscellaneous tools, barbeque grill, snow blower** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |

|  | | Total: | **8,150.00** | **10,105.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Albert J Antoni, Jr.**                                                           ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re  **Albert J Antoni, Jr.**                                                                    ,                Case No. _____

                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____5_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Albert J Antoni, Jr.**
_____ ,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee Pay and vacation | | | | | |
| Adam M. Antoni 1521 Williams Avenue Round Lake, IL 60073 | X | - | | | | | | Unknown |
| | | | | | | | 5,987.50 | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | |
| Agustin L. Guerrero 322 Sheridan Road Lakemoor, IL 60051 | X | - | | | | | | Unknown |
| | | | | | | | 2,782.50 | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | |
| Anna Janssens 664 Lido Terrace East Bartlett, IL 60103 | X | - | | | | | | Unknown |
| | | | | | | | 3,500.00 | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | |
| Eric Rasmussen 521 Kingston Blvd McHenry, IL 60050 | X | - | | | | | | Unknown |
| | | | | | | | 2,900.00 | Unknown |
| Account No. | | | Employee Pay | | | | | |
| Esther Avitia 511 Carriage Hill Road Island Lake, IL 60042 | X | - | | | | | | Unknown |
| | | | | | | | 1,175.00 | Unknown |

Sheet __1__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 16,345.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Albert J Antoni, Jr.** _____ ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Fabian Arriaga<br>1814 Clayton Avenue<br>Racine, WI 53404** | X | - | Employee Pay and Vacation | | | | 2,807.00 | Unknown<br><br>Unknown |
| Account No.<br><br>**Glenn R. Balon<br>816 Glenshire Road<br>Glenview, IL 60025** | X | - | Employee Pay and Vacation | | | | 4,552.80 | Unknown<br><br>Unknown |
| Account No.<br><br>**James F. Podolski<br>508 Longtree Drive<br>Wheeling, IL 60090** | X | - | Employee Pay and Vacation | | | | 6,240.00 | Unknown<br><br>Unknown |
| Account No.<br><br>**Jeremy J. Antoni<br>244 Lippincott Lane<br>Fox Lake, IL 60020** | X | - | Employee Pay and Vacation | | | | 4,000.00 | Unknown<br><br>Unknown |
| Account No.<br><br>**John Blankenship<br>8317 312th Avenue<br>Burlington, WI 53105** | X | - | Employee Pay and Vacation | | | | 7,020.50 | Unknown<br><br>Unknown |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 24,620.30 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | Employee Pay and Vacation | | | | | |
| John Scudiero 450 Pioneer Drive Addison, IL 60101 | X | - | | | | | | | Unknown |
| | | | | | | | | 12,000.00 | Unknown |
| **Account No.** | | | | Employee Pay and Vacation | | | | | |
| Joseph S. Kenyon PO Box 249 Silver Lake, WI 53170 | X | - | | | | | | | Unknown |
| | | | | | | | | 5,962.50 | Unknown |
| **Account No.** | | | | Employee Pay and Vacation | | | | | |
| Ken Evanger 209 Sterling Court Genoa City, WI 53128 | X | - | | | | | | | Unknown |
| | | | | | | | | 3,600.00 | Unknown |
| **Account No.** | | | | Employee Pay and Vacation | | | | | |
| Kevin Farwick 310 Kimball Avenue Wauconda, IL 60084 | X | - | | | | | | | Unknown |
| | | | | | | | | 7,300.00 | Unknown |
| **Account No.** | | | | Employee Pay | | | | | |
| Manuela Avitia 202 W. Burnett Island Lake, IL 60042 | X | - | | | | | | | Unknown |
| | | | | | | | | 578.00 | Unknown |

Sheet **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 29,440.50 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Albert J Antoni, Jr.** _____ ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee Pay and Vacation | | | | | | |
| Michael R. Piazza 880 W. Firestone Drive Hoffman Estates, IL 60192 | X | - | | | | | 5,193.50 | Unknown | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | | |
| Michele LaRock 3706 Westminster Place McHenry, IL 60050 | X | - | | | | | 4,850.00 | Unknown | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | | |
| Miguel Mendez 322 Sheridan Road McHenry, IL 60051 | X | - | | | | | 2,800.00 | Unknown | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | | |
| Russell Mayfield 35242 N. Moody Street Fox Lake, IL 60081 | X | - | | | | | 3,935.00 | Unknown | Unknown |
| Account No. | | | Employee Pay and Vacation | | | | | | |
| Thomas J. Antoni Jr. 7086 Orchard Lane Hanover Park, IL 60133 | X | - | | | | | 4,000.00 | Unknown | Unknown |

Sheet __4__ of __5__ continuation sheets attached to            Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page) | 20,778.50 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Albert J Antoni, Jr.**                                                    ,     Case No. _____

                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Timothy Anger**<br>**25746 N. Kyle Court**<br>**Hawthorne Woods, IL 60047** | X | - | **Employee Pay and Vacation** | | | | 4,515.00 | **Unknown** <br><br> **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | 0.00 <br> 4,515.00 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 0.00 <br> 95,699.30 | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **Albert J Antoni, Jr.** , Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx0101** <br><br>**1000 N. Randroad Industrial c/o Foster Premier, Inc. 750 W. Lake Cook Road, Suite 190 Buffalo Grove, IL 60089** | X | - | Assessments | | | | 560.00 |
| Account No. <br><br>**A & W Tool, Inc. 5309 Business Parkway, Unit 101 Ringwood, IL 60072** | X | - | Miscellaneous tool purchases-personal guarantee | | | | 1,183.86 |
| Account No. <br><br>**A. Arteaga Landscaping 49 Lippincott Road Fox Lake, IL 60020** | X | - | Landscaping services-personal guarantee | | | | 2,530.00 |
| Account No. <br><br>**Ability Metal Co. 1355 Greenleaf Avenue Elk Grove Village, IL 60007** | X | - | Materials-personal guarantee | | | | 1,444.00 |

___47___ continuation sheets attached

Subtotal (Total of this page) **5,717.86**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com      S/N:35670-120502   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____ ,    Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Grinding services-personal guarantee | | | | |
| Accu-Grind Manufacturing, Inc. 386 Hollow Hill Drive Wauconda, IL 60084 | X | - | | | | | | 461.32 |
| Account No. | | | | Grinding services-personal guarantee | | | | |
| Ace Grinding 5017 W. Lake Street Melrose Park, IL 60160 | X | - | | | | | | 972.97 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| Action Plastics, Inc. 424 S. County Line Road Bensenville, IL 60106 | X | - | | | | | | 830.02 |
| Account No. | | | | Alarm services-personal guarantee | | | | |
| ADT PO Box 371967 Pittsburgh, PA 15250 | X | - | | | | | | 302.25 |
| Account No. 133229074 | | | | ADT | | | | |
| Richard T. Avis P.O. Box 1008 Arlington Heights, IL 60006 | | | | | | | | Notice Only |

Sheet no. __1__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,566.56**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 868561 <br><br>**Serota Avis & Associates**<br>**P.O. Box 1008**<br>**Arlington Heights, IL 60006** | | | **ADT** | | | | **Notice Only** |
| Account No. <br><br>**ADT Security Services, Inc.**<br>**c/o Serota Avis & Assoc.**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** | X | - | **Security Services-personal guarantee** | | | | **1,261.27** |
| Account No. 011543664-01-5001 <br><br>**Valentine & Kerbartas, Inc.**<br>**P.O. Box 5804**<br>**Troy, MI 48007-5804** | | | **ADT Security Services, Inc.** | | | | **Notice Only** |
| Account No. <br><br>**Advanced Thermal Processing, Inc.**<br>**501 Eastern Avenue**<br>**Bensenville, IL 60106** | X | - | **Miscellaneous services-personal guarantee** | | | | **2,480.00** |
| Account No. <br><br>**Aero Vac Alloys & Forge Inc.**<br>**c/o Euler Hermes Uma**<br>**600 S. 7th Street**<br>**Louisville, KY 40201** | X | - | **Supplier-personal guarantee** | | | | **1,811.48** |

Sheet no. __2__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **5,552.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                             ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier-personal guarantee | | | | |
| Aero-Vac Alloys & Forge Inc. PO Box 952474 Irvine, CA 92619 | X | - | | | | | 5,000.00 |
| Account No. | | | Miscellaneous services | | | | |
| Agustin Arteaga Landscaping 49 Lippincott Road Fox Lake, IL 60020 | | - | | | | | 2,230.00 |
| Account No. | | | Miscellaneous services (Personal Guarantee of Corporate Obligation) | | | | |
| Alexandria Metal Finishers 9418 Gunston Cove Road Lorton, VA 22079 | X | - | | | | | 1,633.24 |
| Account No. | | | Miscellaneous services (Personal Guarantee of Corporate Obligation) | | | | |
| Alloyweld Inspection 796 Maple Lane Bensenville, IL 60106 | X | - | | | | | 637.50 |
| Account No. | | | Deficiency balance - personal guarantee | | | | |
| Ally Financial Inc. 900 N. Squirrel Road Auburn Hills, MI 48326 | X | - | | | | | 25,343.84 |

Sheet no. __3__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,844.58

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Albert J Antoni, Jr._____,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Alro Steel Corporation** **Drawer 641005** **Post Office Box 64000** **Detroit, MI 48264** | X | - | | Miscellaneous materials (Personal Guarantee of Corporate Obligation) | | | | **2,008.06** |
| Account No. **Ameri Gas** **1030 N. Skokie Hwy.** **Gurnee, IL 60031** | | - | | Supplier | | | | **288.21** |
| Account No. 5516-19338 **Penncro Associates, Inc.** **P.O. Box 538** **Oaks, PA 19456** | | | | Ameri Gas | | | | **Notice Only** |
| Account No. **American Backflow Prevention, Inc.** **815 Oakwood Road, Suite E** **Lake Zurich, IL 60047** | X | - | | Miscellaneous services (Personal Guarantee of Corporate Obligation) | | | | **325.00** |
| Account No. **American Express** **PO Box 0001** **Los Angeles, CA 90096** | X | - | | Miscellaneous charges (Personal Guarantee of Corporate Obligation) | | | | **12,449.10** |

Sheet no. __4___ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **15,070.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                          ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Express**<br>**c/o NCO Financial Sys., Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | - | **Credit card charges** | | | | **20,688.65** |
| Account No.<br><br>**American Express Bank FSB**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | X | - | **Corporate charge card-personal guarantee** | | | | **25,000.00** |
| Account No.<br><br>**Amerigas**<br>**1030 N. Skokie Highway**<br>**Gurnee, IL 60031** | X | - | **Propane-personal guarantee** | | | | **198.21** |
| Account No.<br><br>**Ameritech**<br>**Post Office Box 8100**<br>**Aurora, IL 60507** | X | - | **Telephone services-personal guarantee** | | | | **409.45** |
| Account No.<br><br>**AMI Metals, Inc.**<br>**Post Office Box 952474**<br>**Saint Louis, MO 63195** | X | - | **Miscellaneous materials-personal guarantee** | | | | **2,282.00** |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,578.31**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplier-personal guarantee | | | | |
| AMI Metals, Inc. Post Office Box 952474 Saint Louis, MO 63195 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Miscellaneous services-personal guarantee | | | | |
| Anodizing Specialist 210 Crossen Avenue Elk Grove Village, IL 60007 | X | - | | | | | | 3,677.48 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| AQ Alloys & Forge, Inc. 1261 N. Sunshine Way Anaheim, CA 92806 | X | - | | | | | | 85.00 |
| Account No. | | | | Commercial Phone Lines-personal guarantee | | | | |
| AT&T PO Box 8100 Aurora, IL 60507 | X | - | | | | | | 4,221.97 |
| Account No. 03-6614596 | | | | AT&T | | | | |
| CBCS P.O. Box 69 Columbus, OH 43216 | | | | | | | | Notice Only |

Sheet no. __6__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,984.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Antoni, Jr.** _____,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Commercial Phone-personal guarantee | | | | |
| AT&T - Illinois c/o Alliant Law Group, P.C. PO Box 468569 Atlanta, GA 31146 | X | - | | | | | | 4,151.87 |
| Account No. | | | | Miscellaneous materials-personal guarantee | | | | |
| B&S Aircraft Alloys 10 Aerial Way Syosset, NY 11791 | X | - | | | | | | 8,963.00 |
| Account No. | | | | Supplier-personal guarantee | | | | |
| B&S Aircraft Alloys, Inc. 10 Aerial Way Syosset, NY 11791 | X | - | | | | | | 8,963.00 |
| Account No. | | | | Miscellaneous credit card charges | | | | |
| Bank of America PO Box 951001 Dallas, TX 75285 | X | - | | | | | | 13,696.35 |
| Account No. | | | | Credit card charges | | | | |
| Bank of America c/o Collectcorp 455 North 3rd St., Ste. 260 Phoenix, AZ 85004 | | - | | | | | | 14,034.98 |

Sheet no. __7__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **49,809.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                      ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9199** <br><br> **Northstar Location Services,LLC Attn: Financial Services Dept. 4285 Genesee Street Cheektowaga, NY 14225-1934** | | | **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Bank of America c/o Ira T. Nevel, Inc. 175 N. Franklin Street Chicago, IL 60606** | X | - | Deficiency on foreclosed property. | | | | 633,438.55 |
| Account No. **68951006499799** <br><br> **Ira T. Nevel, LLC 175 N. Franklin Street Suite 201 Chicago, IL 60606** | | | **Bank of America** | | | | **Notice Only** |
| Account No. <br><br> **Bank of America Leasing & Capital c/o Swanson Martin & Bell 1860 W. Winchester Rd., Ste. 201 Libertyville, IL 60048** | X | - | Equipment lease deficiency-personal guarantee | | | | 134,129.38 |
| Account No. <br><br> **Belec Electrical, Inc. 7720 Gross Point Road Skokie, IL 60077** | X | - | Miscellaneous services-personal guarantee | | | | 3,422.00 |

| | |
|---|---|
| Sheet no. __8__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) **770,989.93** |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Albert J Antoni, Jr.**                                    ,     Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Miscellaneous purchases-personal guarantee | | | | |
| **Belmont Equipment Company** **PO Box 71013** **Madison Heights, MI 48071** | X | - | | | | | | 152.65 |
| Account No. | | | | personal guarantee-defective helicopter parts | | | | |
| **Bill Clemens** **c/o Charles R. Barnett III, Esq.** **1664 Moorland Lane** **Crystal Lake, IL 60014** | X | - | | | | | | 100,000.00 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| **Bisco Industries, Inc.** **1500 N. Lakeview Avenue** **Anaheim, CA 92807** | X | - | | | | | | 170.89 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| **Boedeker Plastics, Inc.** **904 W. 6th Street** **Shiner, TX 77984** | X | - | | | | | | 2,807.87 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| **Booth Felt Co., Inc.** **Post Office Box 92170** **Elk Grove Village, IL 60009** | X | - | | | | | | 262.14 |

Sheet no. __9__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

103,393.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BSI America, Inc.**<br>**Dept. CH 19307**<br>**Palatine, IL 60055** | X | - | **Certification fee-personal guarantee** | | | | 800.00 |
| Account No. <br><br>**Calco, Ltd.**<br>**960 Muirfield Drive**<br>**Hanover Park, IL 60103** | X | - | **Miscellaneous products-personal guarantee** | | | | 714.00 |
| Account No. <br><br>**Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | X | - | **Miscellaneous charges-personal guarantee** | | | | 8,480.27 |
| Account No. 4802137108009871 <br><br>**Portfolio Recover Associates, LLC**<br>**P.O. Box 12903**<br>**Norfolk, VA 23541** | | | **Capital One** | | | | **Notice Only** |
| Account No. <br><br>**Capital One Bank**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** | X | - | **Credit Card charges** | | | | 6,106.81 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,101.08

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                          ,    Case No. _____
                                        **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15852302** <br><br> **Firstsource Advantage, LLC** <br> **205 Bryant Woods South** <br> **Buffalo, NY 14228** | | | **Capital One Bank** | | | | **Notice Only** |
| Account No. <br><br> **Capital One Bank** <br> **c/o Alliance One** <br> **4850 Street Road, Ste. 300** <br> **Trevose, PA** | X | - | **Credit Card charges** | | | | **5,738.70** |
| Account No. <br><br> **Capital One Bank, N.A.** <br> **PO Box 12903** <br> **Norfolk, VA 23541** | X | - | **Credit card charges-personal guarantee** | | | | **10,446.41** |
| Account No. <br><br> **Capital One Bank, N.A.** <br> **c/o Portfolio Recovery Assoc. LLC** <br> **PO box 12914** <br> **Norfolk, VA 23541** | | - | **Credit card charges** | | | | **10,311.13** |
| Account No. <br><br> **Carbide Probes, Inc.** <br> **1328 Research Park Drive** <br> **Dayton, OH 45432** | X | - | **Miscellaneous materials-personal guarantee** | | | | **42.46** |

Sheet no. __11__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,538.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit card charges | | | | |
| **Cardmember Services (United Mileage c/o Chase Card Services PO Box 15153 Wilmington, DE 19886** | - | | | | | | | 14,034.98 |
| Account No. | | | | Miscellaneous materials-personal guarantee | | | | |
| **Carlson Tool & Manufacturing Corp. PO Box 85 Cedarburg, WI 53012** | X | - | | | | | | 320.00 |
| Account No. | | | | Equipment Supplier-personal guarantee | | | | |
| **Center Capital Corp c/o Dennis Dressler/Kenneth Peters 111 W. Washington St., Ste. 1900 Chicago, IL 60602** | X | - | | | | | | 75,000.00 |
| Account No. | | | | Deficiency-personal guaranty | | | | |
| **Center Capital Corporation c/o Joshua M. Bernstein 111 W. Washington St., 1900 Chicago, IL 60602** | X | - | | | | | | 221,000.00 |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| **Central Capital Corp c/o Joshua M. Bernstein 111 W. Washington St., Ste. 1900 Chicago, IL 60602** | X | - | | | | | | 50,000.00 |

Sheet no. __12__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

360,354.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chase Bank USA, N.A.**<br>**c/o Michael Fine/Sarah Faulkner**<br>**131 S. Dearborn St., 5th Floor**<br>**Chicago, IL 60603** | | - | **Credit card charges** | | | | 15,192.13 |
| Account No. **xxxxxx6262**<br><br>**Citibank**<br>**c/o MCM**<br>**P.O. Box 603 - Dept. 12421**<br>**Oaks, PA 19456** | | - | **Claim incurred from miscellaneous charges.** | | | | 1,172.08 |
| Account No. <br><br>**CNH Capital**<br>**Post Office Box 72147-0170**<br>**Philadelphia, PA 19170** | X | - | **Case Fronted Loader-personal guarantee** | | | | 50,000.00 |
| Account No. <br><br>**CNH Capital**<br>**PO Box 72147-0170**<br>**Philadelphia, PA 19170** | X | - | **deficiency on equipment lease-personal guaranty** | | | | 65,000.00 |
| Account No. <br><br>**Coastline Metal Finishing Corp.**<br>**7061 Patterson Drive**<br>**Garden Grove, CA 92841** | X | - | **Miscellaneous services-personal guarantee** | | | | 189.00 |

Sheet no. __13__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

131,553.21

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** ,                          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Electric service-personal guarantee | | | | |
| ComEd Bill Payment Center Chicago, IL 60668 | X | - | | | | | | 4,844.15 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| Copper & Brass Sales Post Office Box 77040 Detroit, MI 48277 | X | - | | | | | | 914.23 |
| Account No. 4884629 | | | | | | | | |
| Biehl & Biehl, Inc. PO Box 87410 Carol Stream, IL 60188 | | | | Copper & Brass Sales | | | | Notice Only |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| Copper and Brass Sales Inc. c/o Biehl & Biehl, Inc. 325 E. Fullerton Avenue Carol Stream, IL 60188 | X | - | | | | | | 914.23 |
| Account No. | | | | Coffee service-personal guarantee | | | | |
| Cornerstone Companies 2825 Bay Meadow Lane McHenry, IL 60050 | X | - | | | | | | 449.40 |

| | | |
|---|---|---|
| Sheet no. __14__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 7,122.01 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                    ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Cleaning services-personal guarantee | | | | |
| **Crystal Clean** **13621 Collections Center Drive** **Chicago, IL 60693** | X | - | | | | | **192.75** |
| Account No. | | | Miscellaneous Credit Card charges | | | | |
| **Discover Financial Service** **c/o Weltman Weinberg & Reis Co.** **323 W. Lakeside Ave., Ste. 200** **Cleveland, OH 44113** | X | - | | | | | **5,763.02** |
| Account No. | | | | | | | |
| **Discover** **P.O. Box 6103** **Carol Stream, IL 60197-6103** | | | **Discover Financial Service** | | | | **Notice Only** |
| Account No. | | | Miscellaneous tools-personal guarantee | | | | |
| **DoAll Chicago** **4436 Paysphere Circle** **Chicago, IL 60674** | X | - | | | | | **7,250.75** |
| Account No. | | | | | | | |
| **Charles M. Thomson** **1480 S. Wolf Road** **Wheeling, IL 60090** | | | **DoAll Chicago** | | | | **Notice Only** |

Sheet no. __15__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,206.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                        ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Suppier-personal guarantee of corporate obligation | | | | |
| **DoAll, Inc.** **c/o Charles M. Thomson, Esq.** **1480 S. Wolf Road** **Wheeling, IL 60090** | X | - | | | | | 4,040.48 |
| Account No. | | | Miscellaneous tools-personal guarantee | | | | |
| **Electrodes, Inc.** **Post Office Box 405049** **Atlanta, GA 30384** | X | - | | | | | 2,568.00 |
| Account No. | | | Raw materials-personal guarantee | | | | |
| **Fastener Depot, Inc.** **6166 Enterprise Drive** **Diamond Springs, CA 95619** | X | - | | | | | 1,254.86 |
| Account No. | | | Miscellaneous delivery services-personal guarantee | | | | |
| **Federal Express** **PO Box 94515** **Palatine, IL 60094** | X | - | | | | | 645.86 |
| Account No. | | | delivery charges-personal guarantee | | | | |
| **Federal Express** **Federal Express Recovery Dept.** **PO Box 94515** **Palatine, IL 60094** | X | - | | | | | 2,500.00 |

Sheet no. __16__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **11,009.20**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                          ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Federal Express Freight**<br>**4103 Collection Center Drive**<br>**Chicago, IL 60693** | X | - | delivery charges-personal guarantee | | | | **2,500.00** |
| Account No. **102EC959468** <br><br>**ABC/Amega**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** | | | **Federal Express Freight** | | | | **Notice Only** |
| Account No. **432874729** <br><br>**RMS**<br>**P.O. Box 523**<br>**Trenton, KY 42286** | | | **Federal Express Freight** | | | | **Notice Only** |
| Account No. **10795832** <br><br>**Synter Resource Gourp, LLC**<br>**P.O. Box 63247**<br>**North Charleston, SC 29419-3247** | | | **Federal Express Freight** | | | | **Notice Only** |
| Account No. <br><br>**FedEx**<br>**c/o Weinstock & O'Malley**<br>**PO Box 311**<br>**Old Bridge, NJ 08857** | X | - | delivery charges-personal guarantee | | | | **694.12** |

Sheet no. __17__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,194.12**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **EC959468**<br><br>**ABC/Amega**<br>**1100 Main Street**<br>**Buffalo, NY 14209-2356** | | | **FedEx** | | | | **Notice Only** |
| Account No.<br><br>**Firesource Advantage LLC**<br>**c/o Capital One Bank (USA) NA**<br>**PO Box 628**<br>**Buffalo, NY 14240** | | - | **Credit card charges** | | | | **6,115.56** |
| Account No.<br><br>**FPM Heat Treating**<br>**1715 Momentum Place**<br>**Chicago, IL 60689** | X | - | **Miscellaneous services-personal guarantee** | | | | **1,941.95** |
| Account No.<br><br>**Fry Steel Company**<br>**Post Office Box 4028**<br>**Santa Fe Springs, CA 90670** | X | - | **Raw materials-personal guarantee** | | | | **380.71** |
| Account No.<br><br>**GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290** | | - | **Claim incurred for deficiency on Van** | | | | **12,000.00** |

Sheet no. __18__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,438.22**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                                        ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **733685** <br><br> **Constar Financial Services, LLC** <br> **3561 Bell Road** <br> **Phoenix, AZ 85053** | | | **GMAC** | | | | **Notice Only** |
| Account No. <br><br> **Grainger** <br> **Dept. 833735475** <br> **Palatine, IL 60038** | X | - | **Supplier-personal guarantee** | | | | **5,000.00** |
| Account No. <br><br> **Great Lakes Specialty Meadows, Inc.** <br> **PO Box 8000** <br> **Buffalo, NY 14267** | X | - | **Raw materials-personal guarantee** | | | | **188.70** |
| Account No. <br><br> **GSL of Illinois, Inc.** <br> **c/o David Hazan** <br> **111 North County Street** <br> **Waukegan, IL 60085** | X | - | **Deficiency-personal guaranty** | | | | **737,000.00** |
| Account No. <br><br> **Hausman & Kunkel, Inc.** <br> **40 South Prospect** <br> **Roselle, IL 60172** | X | - | **Miscellaneous insurance-personal guarantee** | | | | **11,431.00** |

Sheet no. __19__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**753,619.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Supplier-personal guarantee | | | | |
| Heritage Crystal Clean LLC c/o Gary M. Vanck 1250 Larkin Ave., Suite 100 Elgin, IL 60123 | X | - | | | | | 2,000.00 |
| Account No. | | | Miscellaneous services - personal guarantee | | | | |
| Hindin Owen Engelke Inc. c/o Engelberg & Smith 20 N. Clark Street, Suite 3200 Chicago, IL 60602-5093 | X | - | | | | | Unknown |
| Account No. | | | Miscellaneous services-personal guarantee | | | | |
| Hohman Plating & Mfg., Inc. 814 Hillrose Avenue Dayton, OH 45404 | X | - | | | | | 1,355.40 |
| Account No. | | | Raw materials-personal guarantee | | | | |
| Howard Precision Metals, Inc. Post Office Box 1650 Milwaukee, WI 53201 | X | - | | | | | 1,313.01 |
| Account No. | | | Equipment lease deficiency-personal guarantee | | | | |
| Huntington National Bank c/o Nicoladu Michaels & Evans, Ltd. 7503 West 56th Street Summit, IL 60501 | X | - | | | | | 54,398.00 |

Sheet no. __20__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,066.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                      ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| **I.C. System, Inc.** **c/o Lyon Financial-US Bancorp** **444 Highway 96 East/PO Box 64437** **Saint Paul, MN 55164** | X | - | | | | | | 40,180.29 |
| Account No. | | | | Miscellaneous services-personal guarantee | | | | |
| **IL Machine Company, Inc.** **421 Harvester Court** **Wheeling, IL 60090** | X | - | | | | | | 549.00 |
| Account No. | | | | Insurance-personal guarantee | | | | |
| **Indiana Insurance** **Post Office Box 6486** **Carol Stream, IL 60197** | X | - | | | | | | 531.11 |
| Account No. | | | | Miscellaneous rags and towel service-personal guarantee | | | | |
| **Industrial Towel & Uniform, Inc.** **Post Office Box 88479** **Milwaukee, WI 53288** | X | - | | | | | | 2,419.09 |
| Account No. | | | | Deficiency on foreclosed property | | | | |
| **ING Bank FSB** **c/o Carolyn Artus/Marny Abbott** **180 N. LaSalle St., Ste. 2400** **Chicago, IL 60601** | X | - | | | | | | 845,647.73 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

889,327.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Quickbook maintenance-personal guarantee | | | | |
| Intuit, Inc. Post Office Box 2981 Phoenix, AZ 85062 | X | - | | | | | | 1,200.00 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| Iverson & Company 441 North Third Avenue Des Plaines, IL 60016 | X | - | | | | | | 247.08 |
| Account No. | | | | Supplier-personal guarantee | | | | |
| J&L Industrial Supply PO Box 382070 Pittsburgh, PA 15250 | X | - | | | | | | 2,500.00 |
| Account No. | | | | Services-personal guarantee | | | | |
| J. H. Metrology Company, Inc. 1801 Hicks Road, Unit E Rolling Meadows, IL 60008 | X | - | | | | | | 138.00 |
| Account No. | | | | Lubricants-personal guarantee | | | | |
| J. Rubin & Co. 3540 Paysphere Circle Chicago, IL 60674 | X | - | | | | | | 959.96 |

Sheet no. __22__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,045.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Antoni, Jr.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplier-personal guarantee | | | | |
| J. Rubin & Co. c/o Jason H. Rock, Esq. 6833 Stalter Drive Rockford, IL 61108 | X | - | | | | | | 2,500.00 |
| Account No. | | | | Legal Services | | | | |
| Jeffrey C. Thut Roach Johnson & Thut 415 Washington St., Ste. 103 Waukegan, IL 60085 | | - | | | | | | 800.00 |
| Account No. | | | | Services-personal guarantee | | | | |
| Jet Finishers 79 Bond Street Elk Grove Village, IL 60007 | X | - | | | | | | 470.40 |
| Account No. | | | | Supplier-personal guarantee | | | | |
| Jet Finishers c/o Hatmaker & Associates 1156 South Highway 1 Vero Beach, FL 32962 | X | - | | | | | | 470.40 |
| Account No. | | | | Loan-personal guarantee | | | | |
| John Scudiero 450 Pancer Drive Addison, IL 60101 | X | - | | | | | | 80,000.00 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,240.80

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                         ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Deficiency on auto-personal guarantee | | | | |
| JP Morgan Chase Bank N.A. Chase Auto Finance PO Box 901032 Fort Worth, TX 76101 | X | - | | | | | 25,000.00 |
| Account No. | | | Repairs-personal guarantee | | | | |
| K&L Countertops 4143 Orleans Street McHenry, IL 60050 | X | - | | | | | 60.00 |
| Account No. | | | Lubricants-personal guarantee | | | | |
| Keller-Heartt Oil 4877 Paysphere Circle Chicago, IL 60674 | X | - | | | | | 543.10 |
| Account No. | | | (Personal Guarantee of Corporate Obligation) | | | | |
| Klemens c/o Charles R. Barnett III 1664 Moorland Lane Crystal Lake, IL 60014 | X | - | | | | | 0.00 |
| Account No. | | | Raw materials (Personal Guarantee of Corporate Obligation) | | | | |
| Liebovich Steel & Aluminum Co. 75 Remittance Drive, Suite 1514 Chicago, IL 60675 | X | - | | | | | 1,972.28 |

Sheet no. __24__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **27,575.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lyon Financial Services, Inc.** <br> **d/b/a US Bancorp-c/o Troy Kepler** <br> **Marshall, MN 56258** | X | - | | Equipment lease deficiency-guarantee of corporate obligation | | | | **43,146.51** |
| Account No. **30809090-1-79** <br><br> **IC System, Inc.** <br> **444 Highway 96** <br> **P.O. Box 64437** <br> **Saint Paul, MN 55164-0437** | | | | Lyon Financial Services, Inc. | | | | **Notice Only** |
| Account No. <br><br> **Lyon Industries** <br> **1630 Shanahan Drive** <br> **South Elgin, IL 60177** | X | - | | Tools-personal guarantee | | | | **420.31** |
| Account No. <br><br> **Machinery Tooling & Supply** <br> **Dept. 8070** <br> **Post Office Box 87618** <br> **Chicago, IL 60680** | X | - | | Miscellaneous services-personal guarantee | | | | **231.95** |
| Account No. <br><br> **Macke Water Systems, Inc.** <br> **Post Office Box 545** <br> **Wheeling, IL 60090** | X | - | | Drinking water system-personal guarantee | | | | **89.90** |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**43,888.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.** _____ ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Magnetic Inspection Laboratory, Inc** <br>**1401 Greenleaf Avenue** <br>**Elk Grove Village, IL 60007** | X | - | | Services-personal guarantee | | | | 19,551.00 |
| Account No. <br><br> **Manifest Funding Services/Lyon Fin.** <br>**c/o John D. Docken** <br>**1310 Madrid** <br>**Marshall, MN 56258** | X | - | | Equipment lease deficiency-personal guarantee of corporate obligation | | | | 25,000.00 |
| Account No. <br><br> **McMaster Carr Supply** <br>**Post Office Box 7690** <br>**Chicago, IL 60680** | X | - | | Supplier-personal guarantee | | | | 3,500.00 |
| Account No. <br><br> **Metal Improvement Company, LLC** <br>**Dept. 0808** <br>**Post Office Box 120001** <br>**Dallas, TX 75312** | X | - | | Services-personal guarantee | | | | 536.80 |
| Account No. <br><br> **Metals Technology Corp.** <br>**120 N. Schmale Road** <br>**Carol Stream, IL 60188** | X | - | | Supplier-personal guarantee | | | | 127.40 |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,715.20

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                                                              , Case No. _____
                                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services-personal guarantee | | | | |
| **Metals Technology Corporation 120 N. Schmale Road Carol Stream, IL 60188** | X | - | | | | | | 243.10 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| **Metals, Inc. 2805 Market Street, Suite 150 Garland, TX 75041** | X | - | | | | | | 1,460.75 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| **Midwest Specialty Metals, Inc. 9831 S. 78th Avenue, Unit C Hickory Hills, IL 60457** | X | - | | | | | | 327.23 |
| Account No. | | | | Services-personal guarantee | | | | |
| **Mohawk Stamp Company 411 E. Glencoe Palatine, IL 60074** | X | - | | | | | | 18.04 |
| Account No. | | | | Supplier-personal guarantee of corporation | | | | |
| **MSC Industrial Supply Co. 75 Maxess Road Melville, NY 11747** | X | - | | | | | | 1,000.00 |

Sheet no. __27__ of __47__ sheets attached to Schedule of                                  Subtotal                         3,049.12
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** ,                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MSC Industrial Supply Co.** <br>**Dept. CH 0075** <br>**Palatine, IL 60055** | X | - | Supplier-personal guarantee of corporation | | | | 3,927.91 |
| Account No. <br><br>**National City Commercial Capital** <br>**Post Office Box 931034** <br>**Cleveland, OH 44193** | X | - | Equipment lease deficiency-personal guarantee | | | | 200,000.00 |
| Account No. <br><br>**National Rubber Stamp Co., Inc.** <br>**1704 W. Belmont Avenue** <br>**Chicago, IL 60657** | X | - | Supplier-personal guarantee of corporation | | | | 138.50 |
| Account No. <br><br>**Nicor Gas** <br>**PO Box 416** <br>**Aurora, IL 60568** | X | - | Natural gas service-personal guarantee | | | | 2,705.31 |
| Account No. <br><br>**Nicor Gas** <br>**c/o Arnold Scott Harris** <br>**222 Merchandise Mart Plaza, #1932** <br>**Chicago, IL 60654** | X | - | Utilit personal guarantee of corporate obligation | | | | 3,133.99 |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            209,905.71

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Utilities on commercial property-personal guarantee of corporation | | | | |
| Nicor Gas c/o NCO Financial Systems Inc. PO box 17196 Baltimore, MD 21297 | X | - | | | | | | 3,142.05 |
| Account No. | | | | Credit card charges | | | | |
| Northstar Location Service, LLC c/o Bank of America-Finance Serv 4285 Genesee Street Cheektowanga, NY 14225 | | - | | | | | | 14,034.98 |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| OFC Capital Corp. c/o Gabriel B. Antman 7 W. Washington St., #719 Chicago, IL 60602 | X | - | | | | | | 65,000.00 |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| Office Depot Post Office Box 88040 Chicago, IL 60680 | X | - | | | | | | 469.46 |
| Account No. | | | | Raw materials-personal guarantee | | | | |
| Online Metals.com 1138 West Ewing Seattle, WA 98119 | X | - | | | | | | 147.41 |

Sheet no. __29__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **82,793.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Tools-personal guarantee of corporate obligation | | | | |
| Parker Hannifin Corporation 7895 Collection Center Drive Chicago, IL 60693 | X | - | | | | | | 1,195.17 |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| Penncro Associates, Inc. PO Box 1878 Southampton, PA 18966 | X | - | | | | | | 288.21 |
| Account No. | | | | Fluids-personal guarantee of corporate obligation | | | | |
| PetroLiance Post Office Box 905692 Charlotte, NC 28290 | X | - | | | | | | 405.84 |
| Account No. | | | | Stamp Machine-personal guarantee of corporate obligation | | | | |
| Pitney Bowes Bank c/o Allen Maxwell & Silver, Inc. 190 Sylvan Avenue Englewood Cliffs, NJ 07632 | X | - | | | | | | 56.31 |
| Account No. | | | | Machine lease deficiency-personal guarantee | | | | |
| Pitney Bowes Global c/o Caine & Weiner PO Box 5010 Woodland Hills, CA 91365 | X | - | | | | | | 500.00 |

Sheet no. __30__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,445.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Pitney Bowes Global Fin. Serv.** <br> **c/o LTD Financial Serv., LP** <br> **7322 Southwest Freeway, Ste. 1600** <br> **Houston, TX 77074** | X | - | | **Stamp Machine-personal guarantee of corporate obligation** | | | | 548.21 |
| Account No. **8868-177-001** <br><br> **Vital Recover Services** <br> **P.O. Box 923748** <br> **Norcross, GA 30010-3748** | | | | **Pitney Bowes Global Fin. Serv.** | | | | **Notice Only** |
| Account No. <br><br> **Pitney Bowes Global Fin. Serv. LLC** <br> **c/o Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | X | - | | **Supplier-personal guarantee of corporate obligation** | | | | 1,000.00 |
| Account No. <br><br> **Pitney Bowes Global Fincl Serv.** <br> **c/o Caine & Weiner** <br> **PO box 5010** <br> **Woodland Hills, CA 91365** | X | - | | **Notice only** | | | | 0.00 |
| Account No. <br><br> **Pitney Bowes-Purchase Power** <br> **c/o Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | X | - | | **Postage-personal obligation** | | | | 67.05 |

Sheet no. __31__ of __47__ sheets attached to Schedule of                                  Subtotal             | 1,615.26
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Antoni, Jr.**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**PNCEF, LLC/d/b/a PNC Equip. Fin.** <br>**c/o Vincent T. Borst** <br>**25 E. Washington St., Ste. 1000** <br>**Chicago, IL 60602** | X | - | Equipment lease deficiency-personal guarantee | | | | 127,298.93 |
| Account No. **22325610** <br><br>**McCarthy, Burgess & Wolff** <br>**26000 Cannon Road** <br>**Cleveland, OH 44146** | | | PNCEF, LLC/d/b/a PNC Equip. Fin. | | | | **Notice Only** |
| Account No. <br><br>**Popular Leasing** <br>**15933 Clayton Road, Suite 200** <br>**Ballwin, MO 63011** | X | - | Equipment lease deficiency-personal guarantee | | | | 175,000.00 |
| Account No. <br><br>**Praxair Distribution, Inc.** <br>**Dept. CH 10660** <br>**Palatine, IL 60055** | X | - | Gas supplier-personal guarantee | | | | 9,001.14 |
| Account No. <br><br>**PRC-DeSoto International** <br>**Dept. AT 40280** <br>**Atlanta, GA 31192** | X | - | Supplies-personal guarantee | | | | 125.67 |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**311,425.74**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                                 ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  | Services-personal guarantee |  |  |  |  |
| **Precise Lapping & Grinding Corp.** **2041 Janice Avenue** **Melrose Park, IL 60160** | X | - |  |  |  |  | 202.50 |
| Account No. |  |  | Raw materials-personal guarantee |  |  |  |  |
| **Presidential Titanium** **Post Office Box 36** **243 Franklin Street (Route 27)** **Hanson, MA 02341** | X | - |  |  |  |  | 1,031.91 |
| Account No. |  |  | Raw materials-personal guarantee |  |  |  |  |
| **Progressive Alloy Steels Unlimited** **2217 Bobo Newsome Hwy** **Hartsville, SC 29551** | X | - |  |  |  |  | 248.11 |
| Account No. |  |  | Services-personal guarantee |  |  |  |  |
| **Progressive Steel Treating** **22397 Network Place** **Chicago, IL 60673** | X | - |  |  |  |  | 900.00 |
| Account No. |  |  | Stamps-personal guarantee |  |  |  |  |
| **Purchase Power** **Post Office Box 846042** **Louisville, KY 40285** | X | - |  |  |  |  | 37.70 |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             2,420.22

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Quill**<br>**c/o RMS**<br>**1250 E. Diehl Rd., Ste. 300/POB 300**<br>**Naperville, IL 60563** | X | - | **Supplier-personal guarantee of corporate obligation** | | | | 413.06 |
| Account No.<br><br>**R.L. Corty & Co., Inc.**<br>**3704 N. Cicero Avenue**<br>**Chicago, IL 60641** | X | - | **Raw materials-personal guarantee of corporate obligation** | | | | 260.00 |
| Account No.<br><br>**Rofstad, Inc.**<br>**Post Office Box 1071**<br>**Elk Grove Village, IL 60009** | X | - | **Tools-personal guarantee of corporate obligation** | | | | 1,802.81 |
| Account No.<br><br>**Safeco Liberty Mutual Group**<br>**c/o Brennan & Clark Ltd.**<br>**721 E. Madison, Ste. 200**<br>**Villa Park, IL 60181** | X | - | **Insurance-personal guarantee** | | | | 278.94 |
| Account No. **xxx60-00**<br><br>**Sandra Grantham**<br>**c/o Roach, Johnston & Thut**<br>**415 W. Washington Street, Suite 103**<br>**Waukegan, IL 60085** | X | - | **Miscellaneous services - personal guarantee** | | | | 825.00 |

Sheet no. __**34**__ of __**47**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      3,579.81

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Miscellaneous services-personal guarantee of corporate obligation | | | | |
| Saporito Finishing Company Post Office Box 669 Elgin, IL 60121 | X | - | | | | | 887.97 |
| Account No. | | | Miscellaneous credit card charges | | | | |
| Sears Premium Card PO Box 183082 Columbus, OH 43218 | X | - | | | | | 1,019.11 |
| Account No. 14258826-BV-7656 | | | | | | | |
| United Recovery Systems, LP PO Box 722929 Houston, TX 77272 | | | Sears Premium Card | | | | Notice Only |
| Account No. | | | Equipment lease deficiency-personal guarantee | | | | |
| Siemens Financial Services c/o Vedder Price P.C. 222 N. LaSalle St., Ste. 2600 Chicago, IL 60601 | X | - | | | | | 25,000.00 |
| Account No. | | | | | | | |
| Siemens Financial Services P.O. Box 2083 Carol Stream, IL 60132 | | | Siemens Financial Services | | | | Notice Only |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **26,907.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Albert J Antoni, Jr.** _____ ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Siemens Financial Services, Inc.** <br> **c/o John Zummo/Joan M. Colson** <br> **222 N. LaSalle St., Ste. 2600** <br> **Chicago, IL 60601** | X | - | Equipment lease deficiency-personal guarantee of corporate obligation | | | | 165,000.00 |
| Account No. <br><br> **Siemens Financial Services, Inc.** <br> **c/o Vedder Price P.C.** <br> **222 N. LaSalle St., Ste. 2600** <br> **Chicago, IL 60601** | X | - | Equipment-personal guarantee of corporate obligation | | | | 151,044.78 |
| Account No. <br><br> **Siemens Product Lifecycle Mgmt** <br> **Post Office Box 502825** <br> **Saint Louis, MO 63150** | X | - | Software maintenance-personal guarantee of corporate obligation | | | | 2,546.00 |
| Account No. <br><br> **Source One Metals** <br> **42854 Mound Road** <br> **Sterling Heights, MI 48314** | X | - | Raw materials-personal guarantee of corporate obligation | | | | 406.37 |
| Account No. <br><br> **Southwest Stainless & Alloy Metals** <br> **2407 Highway 146 North** <br> **Texas City, TX 77590** | X | - | Supplier-personal guarantee of corporate obligation | | | | 1,460.75 |

Sheet no. __36__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

320,457.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.**                                              ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Specialty Steel Treating, Inc.** <br>**34501 Commerce Road** <br>**Fraser, MI 48026** | X | - | Raw materials-personal guarantee of corporate obligation | | | | 365.00 |
| Account No. <br><br> **Specialty Steel Treating, Inc.** <br>**34501 Commerce Road** <br>**Fraser, MI 48026** | X | - | Supplier-personal guarantee | | | | 365.00 |
| Account No. <br><br> **Spectrum Aluminum, L.L.C.** <br>**S80 W18753 Apollo Drive** <br>**Post Office Box 216** <br>**Muskego, WI 53150** | X | - | Raw materials-personal guarantee of corporate obligation | | | | 202.46 |
| Account No. <br><br> **Spectrum Coatings, Inc.** <br>**217 Chapman Street** <br>**Providence, RI 02905** | X | - | Services-personal guarantee of corporate obligation | | | | 116.00 |
| Account No. <br><br> **State Bank** <br>**c/o Franks Gerkin & McKenna PC** <br>**PO Box 5** <br>**Marengo, IL 60152** | | - | Deficiency after sheriff sale of 1050 Building | | | | 209,977.99 |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

211,026.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                          ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x5368** <br><br> **State Bank of the Lakes** <br> **Loan Servicing** <br> **440 Lake Street** <br> **Antioch, IL 60002** | X | - | | Line of credit - personal guarantee | | | | 44,488.54 |
| Account No. <br><br> **Sunshine Metals, Inc.** <br> **Post Office Box 1655** <br> **Zachary, LA 70791** | X | - | | Raw materials-personal guarantee of corporate obligation | | | | 2,958.54 |
| Account No. <br><br> **Supra Alloys, Inc.** <br> **351 Cortez Circle** <br> **Camarillo, CA 93012** | X | - | | Raw materials-personal guarantee of corporate obligation | | | | 1,335.55 |
| Account No. <br><br> **Supreme Saw and Service Company** <br> **3820 W. 128th Place** <br> **Alsip, IL 60803** | X | - | | Supplier-personal guarantee of corporate obligation | | | | 2,000.00 |
| Account No. <br><br> **Swiss Automation, Inc.** <br> **1020 W. Northwest Highway** <br> **Barrington, IL 60010** | X | - | | Services-personal guarantee of corporate obligation | | | | 4,862.19 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,644.82

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.** _____,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Swiss Automation, Inc.** <br> **1020 W. Northwest Highway** <br> **Barrington, IL 60010** | X | - | | Supplier-personal guarantee of corporate obligation | | | | 3,366.93 |
| Account No. <br><br> **Systems & Services Tech., Inc.** <br> **PO Box 801997** <br> **Kansas City, MO 64180** | X | - | | Credit card machine deficiency-personal guarantee of corporate obligation | | | | 19,650.26 |
| Account No. <br><br> **Systems & Services Technologies** <br> **Post Office Box 801997** <br> **Kansas City, MO 64180** | X | - | | Services-personal guarantee of corporate obligation | | | | 39,300.52 |
| Account No. xxxx2614 <br><br> **Systems & Services Technologies** <br> **Post Office Box 3999** <br> **4315 Pickett Road** <br> **Saint Joseph, MO 64503-0999** | X | - | | Miscellaneos services - personal guarantee | | | | 3,546.05 |
| Account No. <br><br> **Talltek Machining Systems, Inc.** <br> **Post Office Box 3537** <br> **1005 Sutton Place** <br> **Saint Charles, IL 60174** | X | - | | Services-personal guarantee of corporate obligation | | | | 1,379.34 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,243.10

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| **TCF Equipment Finance, Inc.** **1922 Solutions Center** **Chicago, IL 60677** | X | - | | | | | | 100,000.00 |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| **TCF Equipment Finance, Inc.** **1922 Solutions Center** **Chicago, IL 60677** | X | - | | | | | | 17,000.00 |
| Account No. | | | | Equipment-personal guarantee of corporate obligation | | | | |
| **TCF Leasing, Inc.** **Post Office Box 4130** **Hopkins, MN 55343** | X | - | | | | | | 100,000.00 |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| **TCF Leasing, Inc.** **PO Box 4130** **Hopkins, MN 55343** | X | - | | | | | | 275,000.00 |
| Account No. | | | | Materials-personal guarantee of corporate obligation | | | | |
| **TCI Precision Metals** **Dept. 6227** **Los Angeles, CA 90084** | X | - | | | | | | 691.60 |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

492,691.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                          ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| TCI Precision Metals Dept. 6227 Los Angeles, CA 90084 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| TCI Precision Metals 240 E. Rosecrans Avenue Gardena, CA 90248 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Service-personal guarantee of corporate obligation | | | | |
| Temperature Processing Co. 228 River Run North North Arlington, NJ 07031 | X | - | | | | | | 459.94 |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| Temperature Processing Co., Inc. 228 River Road North Arlington, NJ 07031 | X | - | | | | | | 459.94 |
| Account No. | | | | Equipment lease deficiency-personal guarantee | | | | |
| The CIT Group/EF 10201 Centurian Parkway N. Jacksonville, FL 32256 | X | - | | | | | | 125,000.00 |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

135,919.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Supplier-personal guarantee of corporate obligation | | | | |
| The CIT/EF One Deerwood 10201 Centurion Pkwy North, #100 Jacksonville, FL 32256 | X | - | | | | | | 1,396.05 |
| Account No. | | | | Equipment lease agreement deficiency-personal guarantee | | | | |
| The Huntington National Bank c/o Nicoladu Michaels & Evans 7503 W. 56th Street Summit Argo, IL 60501 | X | - | | | | | | 100,000.00 |
| Account No. | | | | Deficiency on foreclosed property. | | | | |
| The State Bank Group c/o Franks Gerkin & McKenna PC 19333 E. Grant Hwy. Marengo, IL 60152 | X | - | | | | | | 2,200,000.00 |
| Account No. | | | | Miscellaneous services - personal guarantee. | | | | |
| Timothy D. Angel, Sr. 25746 N. Kyle Court Hawthorne Woods, IL 60047 | X | - | | | | | | 2,700.00 |
| Account No. | | | | Services-personal guarantee of corporate obligation | | | | |
| Tiodize 5858 Engineer Drive Huntington Beach, CA 92649 | X | - | | | | | | 656.96 |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,304,753.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplier-personal guarantee | | | | |
| **TMA Tooling & Manufacturing Assn**<br>**117 S. Dee Road**<br>**Park Ridge, IL 60068** | X | - | | | | | | 1,004.00 |
| Account No. | | | | Certification fees-personal guarantee of corporate obligation | | | | |
| **Tooling & Manufacturing Assoc.**<br>**1177 S. Dee Road**<br>**Park Ridge, IL 60068** | X | - | | | | | | 1,004.00 |
| Account No. | | | | Raw materials-personal guarantee of dorporate obligation | | | | |
| **Trans World Alloys**<br>**334 East Gardena Blvd.**<br>**Gardena, CA 90248** | X | - | | | | | | 2,758.00 |
| Account No. | | | | Toolings-personal guarantee of corporate obligation | | | | |
| **Tru-Cut Tool & Supply**<br>**3820 W. 128th Place**<br>**IL 60658** | X | - | | | | | | 950.97 |
| Account No. | | | | Services-personal guarantee of corporate obligation | | | | |
| **TruWay**<br>**Post Office Box 1092**<br>**Brookfield, WI 53008** | X | - | | | | | | 362.75 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,079.72

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6515**<br><br>**United Mileage Plus**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | - | | Claim incurred from miscellaneous charges. | | | | 2,012.72 |
| Account No.<br><br>**United Parcel Service**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** | X | - | | Delivery services-personal guarantee of corporate obligation | | | | 74.91 |
| Account No.<br><br>**US Cellular**<br>**PO Box 7835**<br>**Madison, WI 53707** | X | - | | Cell Phone | | | | 672.22 |
| Account No.<br><br>**CBCS**<br>**P.O. Box 69**<br>**Columbus, OH 43216** | | | | **US Cellular** | | | | **Notice Only** |
| Account No.<br><br>**Van Hoesen Industries, Inc.**<br>**7N458 Garden Avenue**<br>**Roselle, IL 60172** | | - | | Liquid disposal/oils-personal guarantee of corporate obligation | | | | 1,500.00 |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,259.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Albert J Antoni, Jr.** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Viking Office Products** <br> **PO box 88040** <br> **Chicago, IL 60680** | X | - | | Supplier-personal guarantee of corporate obligation | | | | 1,500.00 |
| Account No. <br><br> **Village of Wauconda** <br> **101 N. Main Street** <br> **Wauconda, IL 60084** | X | - | | Water bill-personal guarantee of corporate obligation | | | | 216.75 |
| Account No. <br><br> **Waste Management North** <br> **Post Office Box 4648** <br> **Carol Stream, IL 60197** | X | - | | Garbage services-personal guarantee of corporate obligation | | | | 687.58 |
| Account No. <br><br> **Webster Capital Finance, Inc.** <br> **c/o Kenneth Peters/Vincent Bidez** <br> **111 W. Washington St., Ste. 1900** <br> **Chicago, IL 60602** | X | - | | Equipment lease deficiency-personal guarantee of corporate obligation | | | | 25,000.00 |
| Account No. <br><br> **Western Titanium** <br> **8015 Silverton Avenue** <br> **San Diego, CA 92126** | X | - | | Supplier-personal guarantee of corporate obligation | | | | 10,000.00 |

Sheet no. __45__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,404.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Westmoreland Mechanical Testing** <br> **221 Westmoreland Drive** <br> **Youngstown, PA 15698** | X | - | Services-personal guarantee of corporate obligation | | | | 278.00 |
| Account No. **x9549** <br><br> **William A. Hellyer, Ltd** <br> **444 N. IL Route 31, Suite 100** <br> **Crystal Lake, IL 60012** | X | - | Professional services - personal guarantee | | | | 9,488.75 |
| Account No. <br><br> **Wonder Lake State Bank** <br> **3316 Thompson Road** <br> **Wonder Lake, IL 60097** | | - | Mortgage deficiency on 1000 Rand Road property | | | | 167,000.00 |
| Account No. <br><br> **Frank, Gerkin & McKenna, P.C.** <br> **19333 E. Grant Hwy.** <br> **P.O. Box 5** <br> **Marengo, IL 60152** | | | **Wonder Lake State Bank** | | | | **Notice Only** |
| Account No. <br><br> **Xact Wire EDM Corporation** <br> **N8 W22399 Johnson Drive** <br> **Waukesha, WI 53186** | X | - | Shop supplies-personal guarantee of corporate obligation | | | | 5,520.00 |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**182,286.75**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Albert J Antoni, Jr.**                                                              ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.  **Zeiss Communication 6250 Sycamore Lane Osseo, MN 55369** | X | - | | Services-personal guarantee of corporate obligation | | | | 3,525.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __47__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 3,525.00 |
| Total (Report on Summary of Schedules) | 8,015,938.80 |

B6G (Official Form 6G) (12/07)

.

In re   **Albert J Antoni, Jr.**                                        ,      Case No. _____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re     **Albert J Antoni, Jr.**                                                                           Case No. _____
                                                                                               ,
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | |
| **Falcon Precision Engineering, Inc.** | **A. Arteaga Landscaping**<br>**49 Lippincott Road**<br>**Fox Lake, IL 60020** |
| **Falcon Precision Engineering, Inc.** | **A & W Tool, Inc.**<br>**5309 Business Parkway, Unit 101**<br>**Ringwood, IL 60072** |
| **Falcon Precision Engineering, Inc.** | **Ability Metal  Co.**<br>**1355 Greenleaf Avenue**<br>**Elk Grove Village, IL 60007** |
| **Falcon Precision Engineering, Inc.** | **Accu-Grind Manufacturing, Inc.**<br>**386 Hollow Hill Drive**<br>**Wauconda, IL 60084** |
| **Falcon Precision Engineering, Inc.** | **Ace Grinding**<br>**5017 W. Lake Street**<br>**Melrose Park, IL 60160** |
| **Falcon Precision Engineering, Inc.** | **Action Plastics, Inc.**<br>**424 S. County Line Road**<br>**Bensenville, IL 60106** |
| **Falcon Precision Engineering, Inc.** | **ADT**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250** |
| **Falcon Precision Engineering, Inc.** | **ADT Security Services, Inc.**<br>**c/o Serota Avis & Assoc.**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** |
| **Falcon Precision Engineering, Inc.** | **Advanced Thermal Processing, Inc.**<br>**501 Eastern Avenue**<br>**Bensenville, IL 60106** |
| **Falcon Precision Engineering, Inc.** | **Aero Vac Alloys & Forge Inc.**<br>**c/o Euler Hermes Uma**<br>**600 S. 7th Street**<br>**Louisville, KY 40201** |
| **Falcon Precision Engineering, Inc.** | **A & W Tool, Inc.**<br>**5309 Business Parkway, Unit 101**<br>**Ringwood, IL 60072** |

**18**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                          , Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **A. Arteaga Landscaping**<br>**49 Lippincott Road**<br>**Fox Lake, IL 60020** |
| **Falcon Precision Engineering, Inc.** | **Ability Metal  Co.**<br>**1355 Greenleaf Avenue**<br>**Elk Grove Village, IL 60007** |
| **Falcon Precision Engineering, Inc.** | **Accu-Grind Manufacturing, Inc.**<br>**386 Hollow Hill Drive**<br>**Wauconda, IL 60084** |
| **Falcon Precision Engineering, Inc.** | **Ace Grinding**<br>**5017 W. Lake Street**<br>**Melrose Park, IL 60160** |
| **Falcon Precision Engineering, Inc.** | **Action Plastics, Inc.**<br>**424 S. County Line Road**<br>**Bensenville, IL 60106** |
| **Falcon Precision Engineering, Inc.** | **Adam M. Antoni**<br>**1521 Williams Avenue**<br>**Round Lake, IL 60073** |
| **Falcon Precision Engineering, Inc.** | **ADT**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250** |
| **Falcon Precision Engineering, Inc.** | **ADT Security Services, Inc.**<br>**c/o Serota Avis & Assoc.**<br>**PO Box 1008**<br>**Arlington Heights, IL 60006** |
| **Falcon Precision Engineering, Inc.** | **Advanced Thermal Processing, Inc.**<br>**501 Eastern Avenue**<br>**Bensenville, IL 60106** |
| **Falcon Precision Engineering, Inc.** | **Aero Vac Alloys & Forge Inc.**<br>**c/o Euler Hermes Uma**<br>**600 S. 7th Street**<br>**Louisville, KY 40201** |
| **Falcon Precision Engineering, Inc.** | **Aero-Vac Alloys & Forge Inc.**<br>**PO Box 952474**<br>**Irvine, CA 92619** |
| **Falcon Precision Engineering, Inc.** | **Agustin L. Guerrero**<br>**322 Sheridan Road**<br>**Lakemoor, IL 60051** |
| **Falcon Precision Engineering, Inc.** | **Alexandria Metal Finishers**<br>**9418 Gunston Cove Road**<br>**Lorton, VA 22079** |

Sheet __1__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                          ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Alloyweld Inspection**<br>**796 Maple Lane**<br>**Bensenville, IL 60106** |
| **Falcon Precision Engineering, Inc.** | **Alro Steel Corporation**<br>**Drawer 641005**<br>**Post Office Box 64000**<br>**Detroit, MI 48264** |
| **Falcon Precision Engineering, Inc.** | **American Backflow Prevention, Inc.**<br>**815 Oakwood Road, Suite E**<br>**Lake Zurich, IL 60047** |
| **Falcon Precision Engineering, Inc.** | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096** |
| **Falcon Precision Engineering, Inc.** | **American Express Bank FSB**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** |
| **Falcon Precision Engineering, Inc.** | **Amerigas**<br>**1030 N. Skokie Highway**<br>**Gurnee, IL 60031** |
| **Falcon Precision Engineering, Inc.** | **Ameritech**<br>**Post Office Box 8100**<br>**Aurora, IL 60507** |
| **Falcon Precision Engineering, Inc.** | **AMI Metals, Inc.**<br>**Post Office Box 952474**<br>**Saint Louis, MO 63195** |
| **Falcon Precision Engineering, Inc.** | **AMI Metals, Inc.**<br>**Post Office Box 952474**<br>**Saint Louis, MO 63195** |
| **Falcon Precision Engineering, Inc.** | **Anna Janssens**<br>**664 Lido Terrace East**<br>**Bartlett, IL 60103** |
| **Falcon Precision Engineering, Inc.** | **Anodizing Specialist**<br>**210 Crossen Avenue**<br>**Elk Grove Village, IL 60007** |
| **Falcon Precision Engineering, Inc.** | **AQ Alloys & Forge, Inc.**<br>**1261 N. Sunshine Way**<br>**Anaheim, CA 92806** |
| **Falcon Precision Engineering, Inc.** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507** |

Sheet __2__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **AT&T - Illinois**<br>**c/o Alliant Law Group, P.C.**<br>**PO Box 468569**<br>**Atlanta, GA 31146** |
| **Falcon Precision Engineering, Inc.** | **B&S Aircraft Alloys**<br>**10 Aerial Way**<br>**Syosset, NY 11791** |
| **Falcon Precision Engineering, Inc.** | **B&S Aircraft Alloys, Inc.**<br>**10 Aerial Way**<br>**Syosset, NY 11791** |
| **Falcon Precision Engineering, Inc.** | **Bank of America**<br>**PO Box 951001**<br>**Dallas, TX 75285** |
| **Falcon Precision Engineering, Inc.** | **Bank of America**<br>**c/o Ira T. Nevel, Inc.**<br>**175 N. Franklin Street**<br>**Chicago, IL 60606** |
| **Falcon Precision Engineering, Inc.** | **Bank of America Leasing & Capital**<br>**c/o Swanson Martin & Bell**<br>**1860 W. Winchester Rd., Ste. 201**<br>**Libertyville, IL 60048** |
| **Falcon Precision Engineering, Inc.** | **Belec Electrical, Inc.**<br>**7720 Gross Point Road**<br>**Skokie, IL 60077** |
| **Falcon Precision Engineering, Inc.** | **Belmont Equipment Company**<br>**PO Box 71013**<br>**Madison Heights, MI 48071** |
| **Falcon Precision Engineering, Inc.** | **Bill Clemens**<br>**c/o Charles R. Barnett III, Esq.**<br>**1664 Moorland Lane**<br>**Crystal Lake, IL 60014** |
| **Falcon Precision Engineering, Inc.** | **Bisco Industries, Inc.**<br>**1500 N. Lakeview Avenue**<br>**Anaheim, CA 92807** |
| **Falcon Precision Engineering, Inc.** | **Boedeker Plastics, Inc.**<br>**904 W. 6th Street**<br>**Shiner, TX 77984** |
| **Falcon Precision Engineering, Inc.** | **Booth Felt Co., Inc.**<br>**Post Office Box 92170**<br>**Elk Grove Village, IL 60009** |

Sheet __3__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re      **Albert J Antoni, Jr.**                                                          ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **BSI America, Inc.**<br>**Dept. CH 19307**<br>**Palatine, IL 60055** |
| **Falcon Precision Engineering, Inc.** | **Calco, Ltd.**<br>**960 Muirfield Drive**<br>**Hanover Park, IL 60103** |
| **Falcon Precision Engineering, Inc.** | **Capital One**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** |
| **Falcon Precision Engineering, Inc.** | **Capital One Bank**<br>**PO Box 6492**<br>**Carol Stream, IL 60197** |
| **Falcon Precision Engineering, Inc.** | **Capital One Bank**<br>**c/o Alliance One**<br>**4850 Street Road, Ste. 300**<br>**Trevose, PA** |
| **Falcon Precision Engineering, Inc.** | **Capital One Bank, N.A.**<br>**PO Box 12903**<br>**Norfolk, VA 23541** |
| **Falcon Precision Engineering, Inc.** | **Carbide Probes, Inc.**<br>**1328 Research Park Drive**<br>**Dayton, OH 45432** |
| **Falcon Precision Engineering, Inc.** | **Carlson Tool & Manufacturing Corp.**<br>**PO Box 85**<br>**Cedarburg, WI 53012** |
| **Falcon Precision Engineering, Inc.** | **Center Capital Corp**<br>**c/o Dennis Dressler/Kenneth Peters**<br>**111 W. Washington St., Ste. 1900**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **Center Capital Corporation**<br>**c/o Joshua M. Bernstein**<br>**111 W. Washington St., 1900**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **Central Capital Corp**<br>**c/o Joshua M. Bernstein**<br>**111 W. Washington St., Ste. 1900**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **CNH Capital**<br>**Post Office Box 72147-0170**<br>**Philadelphia, PA 19170** |

Sheet __4__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re     **Albert J Antoni, Jr.**                                              ,     Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **CNH Capital**<br>**PO Box 72147-0170**<br>**Philadelphia, PA 19170** |
| **Falcon Precision Engineering, Inc.** | **Coastline Metal Finishing Corp.**<br>**7061 Patterson Drive**<br>**Garden Grove, CA 92841** |
| **Falcon Precision Engineering, Inc.** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |
| **Falcon Precision Engineering, Inc.** | **Copper & Brass Sales**<br>**Post Office Box 77040**<br>**Detroit, MI 48277** |
| **Falcon Precision Engineering, Inc.** | **Copper and Brass Sales Inc.**<br>**c/o Biehl & Biehl, Inc.**<br>**325 E. Fullerton Avenue**<br>**Carol Stream, IL 60188** |
| **Falcon Precision Engineering, Inc.** | **Cornerstone Companies**<br>**2825 Bay Meadow Lane**<br>**McHenry, IL 60050** |
| **Falcon Precision Engineering, Inc.** | **Crystal Clean**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Falcon Precision Engineering, Inc.** | **Discover Financial Service**<br>**c/o Weltman Weinberg & Reis Co.**<br>**323 W. Lakeside Ave., Ste. 200**<br>**Cleveland, OH 44113** |
| **Falcon Precision Engineering, Inc.** | **DoAll Chicago**<br>**4436 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Falcon Precision Engineering, Inc.** | **DoAll, Inc.**<br>**c/o Charles M. Thomson, Esq.**<br>**1480 S. Wolf Road**<br>**Wheeling, IL 60090** |
| **Falcon Precision Engineering, Inc.** | **Electrodes, Inc.**<br>**Post Office Box 405049**<br>**Atlanta, GA 30384** |
| **Falcon Precision Engineering, Inc.** | **Eric Rasmussen**<br>**521 Kingston Blvd**<br>**McHenry, IL 60050** |

Sheet __5__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Falcon Precision Engineering, Inc.** | **Esther Avitia**<br>**511 Carriage Hill Road**<br>**Island Lake, IL 60042** |
| **Falcon Precision Engineering, Inc.** | **Fabian Arriaga**<br>**1814 Clayton Avenue**<br>**Racine, WI 53404** |
| **Falcon Precision Engineering, Inc.** | **Fastener Depot, Inc.**<br>**6166 Enterprise Drive**<br>**Diamond Springs, CA 95619** |
| **Falcon Precision Engineering, Inc.** | **Federal Express**<br>**PO Box 94515**<br>**Palatine, IL 60094** |
| **Falcon Precision Engineering, Inc.** | **Federal Express**<br>**Federal Express Recovery Dept.**<br>**PO Box 94515**<br>**Palatine, IL 60094** |
| **Falcon Precision Engineering, Inc.** | **Federal Express Freight**<br>**4103 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Falcon Precision Engineering, Inc.** | **FedEx**<br>**c/o Weinstock & O'Malley**<br>**PO Box 311**<br>**Old Bridge, NJ 08857** |
| **Falcon Precision Engineering, Inc.** | **FPM Heat Treating**<br>**1715 Momentum Place**<br>**Chicago, IL 60689** |
| **Falcon Precision Engineering, Inc.** | **Fry Steel Company**<br>**Post Office Box 4028**<br>**Santa Fe Springs, CA 90670** |
| **Falcon Precision Engineering, Inc.** | **Glenn R. Balon**<br>**816 Glenshire Road**<br>**Glenview, IL 60025** |
| **Falcon Precision Engineering, Inc.** | **Grainger**<br>**Dept. 833735475**<br>**Palatine, IL 60038** |
| **Falcon Precision Engineering, Inc.** | **Great Lakes Specialty Meadows, Inc.**<br>**PO Box 8000**<br>**Buffalo, NY 14267** |

Sheet __**6**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re   **Albert J Antoni, Jr.** _____,   Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **GSL of Illinois, Inc.**<br>**c/o David Hazan**<br>**111 North County Street**<br>**Waukegan, IL 60085** |
| **Falcon Precision Engineering, Inc.** | **Hausman & Kunkel, Inc.**<br>**40 South Prospect**<br>**Roselle, IL 60172** |
| **Falcon Precision Engineering, Inc.** | **Heritage Crystal Clean LLC**<br>**c/o Gary M. Vanck**<br>**1250 Larkin Ave., Suite 100**<br>**Elgin, IL 60123** |
| **Falcon Precision Engineering, Inc.** | **Hohman Plating & Mfg., Inc.**<br>**814 Hillrose Avenue**<br>**Dayton, OH 45404** |
| **Falcon Precision Engineering, Inc.** | **Howard Precision Metals, Inc.**<br>**Post Office Box 1650**<br>**Milwaukee, WI 53201** |
| **Falcon Precision Engineering, Inc.** | **Huntington National Bank**<br>**c/o Nicoladu Michaels & Evans, Ltd.**<br>**7503 West 56th Street**<br>**Summit, IL 60501** |
| **Falcon Precision Engineering, Inc.** | **I.C. System, Inc.**<br>**c/o Lyon Financial-US Bancorp**<br>**444 Highway 96 East/PO Box 64437**<br>**Saint Paul, MN 55164** |
| **Falcon Precision Engineering, Inc.** | **IL Machine Company, Inc.**<br>**421 Harvester Court**<br>**Wheeling, IL 60090** |
| **Falcon Precision Engineering, Inc.** | **Indiana Insurance**<br>**Post Office Box 6486**<br>**Carol Stream, IL 60197** |
| **Falcon Precision Engineering, Inc.** | **Industrial Towel & Uniform, Inc.**<br>**Post Office Box 88479**<br>**Milwaukee, WI 53288** |
| **Falcon Precision Engineering, Inc.** | **ING Bank FSB**<br>**c/o Carolyn Artus/Marny Abbott**<br>**180 N. LaSalle St., Ste. 2400**<br>**Chicago, IL 60601** |
| **Falcon Precision Engineering, Inc.** | **Intuit, Inc.**<br>**Post Office Box 2981**<br>**Phoenix, AZ 85062** |

Sheet  **7**  of  **18**  continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                        ,    Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Iverson & Company**<br>**441 North Third Avenue**<br>**Des Plaines, IL 60016** |
| **Falcon Precision Engineering, Inc.** | **J&L Industrial Supply**<br>**PO Box 382070**<br>**Pittsburgh, PA 15250** |
| **Falcon Precision Engineering, Inc.** | **J. H. Metrology Company, Inc.**<br>**1801 Hicks Road, Unit E**<br>**Rolling Meadows, IL 60008** |
| **Falcon Precision Engineering, Inc.** | **J. Rubin & Co.**<br>**3540 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Falcon Precision Engineering, Inc.** | **J. Rubin & Co.**<br>**c/o Jason H. Rock, Esq.**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** |
| **Falcon Precision Engineering, Inc.** | **James F. Podolski**<br>**508 Longtree Drive**<br>**Wheeling, IL 60090** |
| **Falcon Precision Engineering, Inc.** | **Jeremy J. Antoni**<br>**244 Lippincott Lane**<br>**Fox Lake, IL 60020** |
| **Falcon Precision Engineering, Inc.** | **Jet Finishers**<br>**79 Bond Street**<br>**Elk Grove Village, IL 60007** |
| **Falcon Precision Engineering, Inc.** | **Jet Finishers**<br>**c/o Hatmaker & Associates**<br>**1156 South Highway 1**<br>**Vero Beach, FL 32962** |
| **Falcon Precision Engineering, Inc.** | **John Blankenship**<br>**8317 312th Avenue**<br>**Burlington, WI 53105** |
| **Falcon Precision Engineering, Inc.** | **John Scudiero**<br>**450 Pancer Drive**<br>**Addison, IL 60101** |
| **Falcon Precision Engineering, Inc.** | **John Scudiero**<br>**450 Pioneer Drive**<br>**Addison, IL 60101** |
| **Falcon Precision Engineering, Inc.** | **Joseph S. Kenyon**<br>**PO Box 249**<br>**Silver Lake, WI 53170** |

Sheet __8__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **JP Morgan Chase Bank N.A.**<br>**Chase Auto Finance**<br>**PO Box 901032**<br>**Fort Worth, TX 76101** |
| **Falcon Precision Engineering, Inc.** | **K&L Countertops**<br>**4143 Orleans Street**<br>**McHenry, IL 60050** |
| **Falcon Precision Engineering, Inc.** | **Keller-Heartt Oil**<br>**4877 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Falcon Precision Engineering, Inc.** | **Ken Evanger**<br>**209 Sterling Court**<br>**Genoa City, WI 53128** |
| **Falcon Precision Engineering, Inc.** | **Kevin Farwick**<br>**310 Kimball Avenue**<br>**Wauconda, IL 60084** |
| **Falcon Precision Engineering, Inc.** | **Klemens**<br>**c/o Charles R. Barnett III**<br>**1664 Moorland Lane**<br>**Crystal Lake, IL 60014** |
| **Falcon Precision Engineering, Inc.** | **Liebovich Steel & Aluminum Co.**<br>**75 Remittance Drive, Suite 1514**<br>**Chicago, IL 60675** |
| **Falcon Precision Engineering, Inc.** | **Lyon Financial Services, Inc.**<br>**d/b/a US Bancorp-c/o Troy Kepler**<br>**Marshall, MN 56258** |
| **Falcon Precision Engineering, Inc.** | **Lyon Industries**<br>**1630 Shanahan Drive**<br>**South Elgin, IL 60177** |
| **Falcon Precision Engineering, Inc.** | **Machinery Tooling & Supply**<br>**Dept. 8070**<br>**Post Office Box 87618**<br>**Chicago, IL 60680** |
| **Falcon Precision Engineering, Inc.** | **Macke Water Systems, Inc.**<br>**Post Office Box 545**<br>**Wheeling, IL 60090** |
| **Falcon Precision Engineering, Inc.** | **Magnetic Inspection Laboratory, Inc**<br>**1401 Greenleaf Avenue**<br>**Elk Grove Village, IL 60007** |

Sheet __9__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re   **Albert J Antoni, Jr.**                              ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Falcon Precision Engineering, Inc.** | **Manifest Funding Services/Lyon Fin.**<br>**c/o John D. Docken**<br>**1310 Madrid**<br>**Marshall, MN 56258** |
| **Falcon Precision Engineering, Inc.** | **Manuela Avitia**<br>**202 W. Burnett**<br>**Island Lake, IL 60042** |
| **Falcon Precision Engineering, Inc.** | **McMaster Carr Supply**<br>**Post Office Box 7690**<br>**Chicago, IL 60680** |
| **Falcon Precision Engineering, Inc.** | **Metal Improvement Company, LLC**<br>**Dept. 0808**<br>**Post Office Box 120001**<br>**Dallas, TX 75312** |
| **Falcon Precision Engineering, Inc.** | **Metals Technology Corp.**<br>**120 N. Schmale Road**<br>**Carol Stream, IL 60188** |
| **Falcon Precision Engineering, Inc.** | **Metals Technology Corporation**<br>**120 N. Schmale Road**<br>**Carol Stream, IL 60188** |
| **Falcon Precision Engineering, Inc.** | **Metals, Inc.**<br>**2805 Market Street, Suite 150**<br>**Garland, TX 75041** |
| **Falcon Precision Engineering, Inc.** | **Michael R. Piazza**<br>**880 W. Firestone Drive**<br>**Hoffman Estates, IL 60192** |
| **Falcon Precision Engineering, Inc.** | **Michele LaRock**<br>**3706 Westminster Place**<br>**McHenry, IL 60050** |
| **Falcon Precision Engineering, Inc.** | **Midwest Specialty Metals, Inc.**<br>**9831 S. 78th Avenue, Unit C**<br>**Hickory Hills, IL 60457** |
| **Falcon Precision Engineering, Inc.** | **Miguel Mendez**<br>**322 Sheridan Road**<br>**McHenry, IL 60051** |
| **Falcon Precision Engineering, Inc.** | **Mohawk Stamp Company**<br>**411 E. Glencoe**<br>**Palatine, IL 60074** |
| **Falcon Precision Engineering, Inc.** | **MSC Industrial Supplly Co.**<br>**75 Maxess Road**<br>**Melville, NY 11747** |

Sheet __**10**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                                    , Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **MSC Industrial Supply Co.**<br>**Dept. CH 0075**<br>**Palatine, IL 60055** |
| **Falcon Precision Engineering, Inc.** | **National City Commercial Capital**<br>**Post Office Box 931034**<br>**Cleveland, OH 44193** |
| **Falcon Precision Engineering, Inc.** | **National Rubber Stamp Co., Inc.**<br>**1704 W. Belmont Avenue**<br>**Chicago, IL 60657** |
| **Falcon Precision Engineering, Inc.** | **Nicor Gas**<br>**PO Box 416**<br>**Aurora, IL 60568** |
| **Falcon Precision Engineering, Inc.** | **Nicor Gas**<br>**c/o Arnold Scott Harris**<br>**222 Merchandise Mart Plaza, #1932**<br>**Chicago, IL 60654** |
| **Falcon Precision Engineering, Inc.** | **Nicor Gas**<br>**c/o NCO Financial Systems Inc.**<br>**PO box 17196**<br>**Baltimore, MD 21297** |
| **Falcon Precision Engineering, Inc.** | **OFC Capital Corp.**<br>**c/o Gabriel B. Antman**<br>**7 W. Washington St., #719**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **Office Depot**<br>**Post Office Box 88040**<br>**Chicago, IL 60680** |
| **Falcon Precision Engineering, Inc.** | **Online Metals.com**<br>**1138 West Ewing**<br>**Seattle, WA 98119** |
| **Falcon Precision Engineering, Inc.** | **Parker Hannifin Corporation**<br>**7895 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Falcon Precision Engineering, Inc.** | **Penncro Associates, Inc.**<br>**PO Box 1878**<br>**Southampton, PA 18966** |
| **Falcon Precision Engineering, Inc.** | **PetroLiance**<br>**Post Office Box 905692**<br>**Charlotte, NC 28290** |

Sheet __11__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                        , Case No. _____

_____
                            Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes Bank**<br>**c/o Allen Maxwell & Silver, Inc.**<br>**190 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** |
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes Global**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** |
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes Global Fin. Serv.**<br>**c/o LTD Financial Serv., LP**<br>**7322 Southwest Freeway, Ste. 1600**<br>**Houston, TX 77074** |
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes Global Fin. Serv. LLC**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** |
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes Global Fincl Serv.**<br>**c/o Caine & Weiner**<br>**PO box 5010**<br>**Woodland Hills, CA 91365** |
| **Falcon Precision Engineering, Inc.** | **Pitney Bowes-Purchase Power**<br>**c/o Caine & Weiner**<br>**PO Box 5010**<br>**Woodland Hills, CA 91365** |
| **Falcon Precision Engineering, Inc.** | **PNCEF, LLC/d/b/a PNC Equip. Fin.**<br>**c/o Vincent T. Borst**<br>**25 E. Washington St., Ste. 1000**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **Popular Leasing**<br>**15933 Clayton Road, Suite 200**<br>**Ballwin, MO 63011** |
| **Falcon Precision Engineering, Inc.** | **Praxair Distribution, Inc.**<br>**Dept. CH 10660**<br>**Palatine, IL 60055** |
| **Falcon Precision Engineering, Inc.** | **PRC-DeSoto International**<br>**Dept. AT 40280**<br>**Atlanta, GA 31192** |
| **Falcon Precision Engineering, Inc.** | **Precise Lapping & Grinding Corp.**<br>**2041 Janice Avenue**<br>**Melrose Park, IL 60160** |

Sheet __12__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re      **Albert J Antoni, Jr.**                                                    ,      Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Presidential Titanium**<br>**Post Office Box 36**<br>**243 Franklin Street (Route 27)**<br>**Hanson, MA 02341** |
| **Falcon Precision Engineering, Inc.** | **Progressive Alloy Steels Unlimited**<br>**2217 Bobo Newsome Hwy**<br>**Hartsville, SC 29551** |
| **Falcon Precision Engineering, Inc.** | **Progressive Steel Treating**<br>**22397 Network Place**<br>**Chicago, IL 60673** |
| **Falcon Precision Engineering, Inc.** | **Purchase Power**<br>**Post Office Box 846042**<br>**Louisville, KY 40285** |
| **Falcon Precision Engineering, Inc.** | **Quill**<br>**c/o RMS**<br>**1250 E. Diehl Rd., Ste. 300/POB 300**<br>**Naperville, IL 60563** |
| **Falcon Precision Engineering, Inc.** | **R.L. Corty & Co., Inc.**<br>**3704 N. Cicero Avenue**<br>**Chicago, IL 60641** |
| **Falcon Precision Engineering, Inc.** | **Rofstad, Inc.**<br>**Post Office Box 1071**<br>**Elk Grove Village, IL 60009** |
| **Falcon Precision Engineering, Inc.** | **Russell Mayfield**<br>**35242 N. Moody Street**<br>**Fox Lake, IL 60081** |
| **Falcon Precision Engineering, Inc.** | **Safeco Liberty Mutual Group**<br>**c/o Brennan & Clark Ltd.**<br>**721 E. Madison, Ste. 200**<br>**Villa Park, IL 60181** |
| **Falcon Precision Engineering, Inc.** | **Saporito Finishing Company**<br>**Post Office Box 669**<br>**Elgin, IL 60121** |
| **Falcon Precision Engineering, Inc.** | **Sears Premium Card**<br>**PO Box 183082**<br>**Columbus, OH 43218** |
| **Falcon Precision Engineering, Inc.** | **Siemens Financial Services**<br>**c/o Vedder Price P.C.**<br>**222 N. LaSalle St., Ste. 2600**<br>**Chicago, IL 60601** |

Sheet __**13**__ of __**18**__ continuation sheets attached to the Schedule of Codebtors

In re   **Albert J Antoni, Jr.**                                              ,        Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Siemens Financial Services, Inc.**<br>**c/o John Zummo/Joan M. Colson**<br>**222 N. LaSalle St., Ste. 2600**<br>**Chicago, IL 60601** |
| **Falcon Precision Engineering, Inc.** | **Siemens Financial Services, Inc.**<br>**c/o Vedder Price P.C.**<br>**222 N. LaSalle St., Ste. 2600**<br>**Chicago, IL 60601** |
| **Falcon Precision Engineering, Inc.** | **Siemens Product Lifecycle Mgmt**<br>**Post Office Box 502825**<br>**Saint Louis, MO 63150** |
| **Falcon Precision Engineering, Inc.** | **Source One Metals**<br>**42854 Mound Road**<br>**Sterling Heights, MI 48314** |
| **Falcon Precision Engineering, Inc.** | **Southwest Stainless & Alloy Metals**<br>**2407 Highway 146 North**<br>**Texas City, TX 77590** |
| **Falcon Precision Engineering, Inc.** | **Specialty Steel Treating, Inc.**<br>**34501 Commerce Road**<br>**Fraser, MI 48026** |
| **Falcon Precision Engineering, Inc.** | **Specialty Steel Treating, Inc.**<br>**34501 Commerce Road**<br>**Fraser, MI 48026** |
| **Falcon Precision Engineering, Inc.** | **Spectrum Aluminum, L.L.C.**<br>**S80 W18753 Apollo Drive**<br>**Post Office Box 216**<br>**Muskego, WI 53150** |
| **Falcon Precision Engineering, Inc.** | **Spectrum Coatings, Inc.**<br>**217 Chapman Street**<br>**Providence, RI 02905** |
| **Falcon Precision Engineering, Inc.** | **Sunshine Metals, Inc.**<br>**Post Office Box 1655**<br>**Zachary, LA 70791** |
| **Falcon Precision Engineering, Inc.** | **Supra Alloys, Inc.**<br>**351 Cortez Circle**<br>**Camarillo, CA 93012** |
| **Falcon Precision Engineering, Inc.** | **Supreme Saw and Service Company**<br>**3820 W. 128th Place**<br>**Alsip, IL 60803** |

Sheet __14__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Falcon Precision Engineering, Inc.** | **Swiss Automation, Inc.**<br>**1020 W. Northwest Highway**<br>**Barrington, IL 60010** |
| **Falcon Precision Engineering, Inc.** | **Swiss Automation, Inc.**<br>**1020 W. Northwest Highway**<br>**Barrington, IL 60010** |
| **Falcon Precision Engineering, Inc.** | **Systems & Services Tech., Inc.**<br>**PO Box 801997**<br>**Kansas City, MO 64180** |
| **Falcon Precision Engineering, Inc.** | **Systems & Services Technologies**<br>**Post Office Box 801997**<br>**Kansas City, MO 64180** |
| **Falcon Precision Engineering, Inc.** | **Talltek Machining Systems, Inc.**<br>**Post Office Box 3537**<br>**1005 Sutton Place**<br>**Saint Charles, IL 60174** |
| **Falcon Precision Engineering, Inc.** | **TCF Equipment Finance, Inc.**<br>**1922 Solutions Center**<br>**Chicago, IL 60677** |
| **Falcon Precision Engineering, Inc.** | **TCF Equipment Finance, Inc.**<br>**1922 Solutions Center**<br>**Chicago, IL 60677** |
| **Falcon Precision Engineering, Inc.** | **TCF Leasing, Inc.**<br>**Post Office Box 4130**<br>**Hopkins, MN 55343** |
| **Falcon Precision Engineering, Inc.** | **TCF Leasing, Inc.**<br>**PO Box 4130**<br>**Hopkins, MN 55343** |
| **Falcon Precision Engineering, Inc.** | **TCI Precision Metals**<br>**Dept. 6227**<br>**Los Angeles, CA 90084** |
| **Falcon Precision Engineering, Inc.** | **TCI Precision Metals**<br>**Dept. 6227**<br>**Los Angeles, CA 90084** |
| **Falcon Precision Engineering, Inc.** | **TCI Precision Metals**<br>**240 E. Rosecrans Avenue**<br>**Gardena, CA 90248** |
| **Falcon Precision Engineering, Inc.** | **Temperature Processing Co.**<br>**228 River Run North**<br>**North Arlington, NJ 07031** |

Sheet  __15__  of  __18__  continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re     **Albert J Antoni, Jr.**                                                    , Case No. _____
                                              **Debtor**

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **Temperature Processing Co., Inc.**<br>**228 River Road**<br>**North Arlington, NJ 07031** |
| **Falcon Precision Engineering, Inc.** | **The CIT Group/EF**<br>**10201 Centurian Parkway N.**<br>**Jacksonville, FL 32256** |
| **Falcon Precision Engineering, Inc.** | **The CIT/EF**<br>**One Deerwood**<br>**10201 Centurion Pkwy North,  #100**<br>**Jacksonville, FL 32256** |
| **Falcon Precision Engineering, Inc.** | **The Huntington National Bank**<br>**c/o Nicoladu Michaels & Evans**<br>**7503 W. 56th Street**<br>**Summit Argo, IL 60501** |
| **Falcon Precision Engineering, Inc.** | **The State Bank Group**<br>**c/o Franks Gerkin & McKenna PC**<br>**19333 E. Grant Hwy.**<br>**Marengo, IL 60152** |
| **Falcon Precision Engineering, Inc.** | **Thomas J. Antoni Jr.**<br>**7086 Orchard Lane**<br>**Hanover Park, IL 60133** |
| **Falcon Precision Engineering, Inc.** | **Timothy Anger**<br>**25746 N. Kyle Court**<br>**Hawthorne Woods, IL 60047** |
| **Falcon Precision Engineering, Inc.** | **Tiodize**<br>**5858 Engineer Drive**<br>**Huntington Beach, CA 92649** |
| **Falcon Precision Engineering, Inc.** | **TMA Tooling & Manufacturing Assn**<br>**117 S. Dee Road**<br>**Park Ridge, IL 60068** |
| **Falcon Precision Engineering, Inc.** | **Tooling & Manufacturing Assoc.**<br>**1177 S. Dee Road**<br>**Park Ridge, IL 60068** |
| **Falcon Precision Engineering, Inc.** | **Trans World Alloys**<br>**334 East Gardena Blvd.**<br>**Gardena, CA 90248** |
| **Falcon Precision Engineering, Inc.** | **Tru-Cut Tool & Supply**<br>**3820 W. 128th Place**<br>**IL 60658** |

Sheet __16__ of __18__ continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                     ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Falcon Precision Engineering, Inc.** | **TruWay**<br>**Post Office Box 1092**<br>**Brookfield, WI 53008** |
| **Falcon Precision Engineering, Inc.** | **United Parcel Service**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** |
| **Falcon Precision Engineering, Inc.** | **US Cellular**<br>**PO Box 7835**<br>**Madison, WI 53707** |
| **Falcon Precision Engineering, Inc.** | **Viking Office Products**<br>**PO box 88040**<br>**Chicago, IL 60680** |
| **Falcon Precision Engineering, Inc.** | **Village of Wauconda**<br>**101 N. Main Street**<br>**Wauconda, IL 60084** |
| **Falcon Precision Engineering, Inc.** | **Waste Management North**<br>**Post Office Box 4648**<br>**Carol Stream, IL 60197** |
| **Falcon Precision Engineering, Inc.** | **Webster Capital Finance, Inc.**<br>**c/o Kenneth Peters/Vincent Bidez**<br>**111 W. Washington St., Ste. 1900**<br>**Chicago, IL 60602** |
| **Falcon Precision Engineering, Inc.** | **Western Titanium**<br>**8015 Silverton Avenue**<br>**San Diego, CA 92126** |
| **Falcon Precision Engineering, Inc.** | **Westmoreland Mechanical Testing**<br>**221 Westmoreland Drive**<br>**Youngstown, PA 15698** |
| **Falcon Precision Engineering, Inc.** | **Xact Wire EDM Corporation**<br>**N8 W22399 Johnson Drive**<br>**Waukesha, WI 53186** |
| **Falcon Precision Engineering, Inc.** | **Zeiss Communication**<br>**6250 Sycamore Lane**<br>**Osseo, MN 55369** |
| **Falcon Precision Engineering, Inc.** | **Ally Financial Inc.**<br>**900 N. Squirrel Road**<br>**Auburn Hills, MI 48326** |
| **Falcon Precision Engineering, Inc.** | **State Bank of the Lakes**<br>**Loan Servicing**<br>**440 Lake Street**<br>**Antioch, IL 60002** |

Sheet  **17**  of  **18**  continuation sheets attached to the Schedule of Codebtors

In re    **Albert J Antoni, Jr.**                                                    Case No. _____
_____,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Falcon Precision Engineering, Inc.** | **William A. Hellyer, Ltd**<br>**444 N. IL Route 31, Suite 100**<br>**Crystal Lake, IL 60012** |
| **Falcon Precision Engineering, Inc.** | **1000 N. Randroad Industrial**<br>**c/o Foster Premier, Inc.**<br>**750 W. Lake Cook Road, Suite 190**<br>**Buffalo Grove, IL 60089** |
| **Falcon Precision Engineering, Inc.** | **Hindin Owen Engelke Inc.**<br>**c/o Engelberg & Smith**<br>**20 N. Clark Street, Suite 3200**<br>**Chicago, IL 60602-5093** |
| **Falcon Precision Engineering, Inc.** | **Sandra Grantham**<br>**c/o Roach, Johnston & Thut**<br>**415 W. Washington Street, Suite 103**<br>**Waukegan, IL 60085** |
| **Falcon Precision Engineering, Inc.** | **Timothy D. Angel, Sr.**<br>**25746 N. Kyle Court**<br>**Hawthorne Woods, IL 60047** |
| **Falcon Precision Engineering, Inc.** | **Systems & Services Technologies**<br>**Post Office Box 3999**<br>**4315 Pickett Road**<br>**Saint Joseph, MO 64503-0999** |

Sheet __18__ of __18__ continuation sheets attached to the Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re   **Albert J Antoni, Jr.** _____   Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Part time Police Officer** | |
| Name of Employer | **Village of Tower Lakes** | |
| How long employed | | |
| Address of Employer | **Tower Lakes, IL** | |

**\*See Attachment for Additional Employment Information**

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,082.78** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **1,082.78** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **186.98** | $ **N/A** |
| b. Insurance | $ **0.00** | $ **N/A** |
| c. Union dues | $ **0.00** | $ **N/A** |
| d. Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **186.98** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **895.80** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **895.80** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **895.80** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  **Albert J Antoni, Jr.** _____   Case No. _____
                           Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Debtor | |
|---|---|
| Occupation | **Part-time police officer** |
| Name of Employer | **Prairie Grove Illinois** |
| How long employed | |
| Address of Employer | |
| | **Prairie Grove, IL** |

B6J (Official Form 6J) (12/07)

In re  **Albert J Antoni, Jr.**                                           Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,450.00 |
| a. Are real estate taxes included?                     Yes ___      No **X** | | |
| b. Is property insurance included?                     Yes ___      No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 100.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **telephone/cable/internet** | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 170.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 50.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Cell phone** | $ | 135.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,805.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

### 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 895.80 |
| b.   Average monthly expenses from Line 18 above | $ | 2,805.00 |
| c.   Monthly net income (a. minus b.) | $ | -1,909.20 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Albert J Antoni, Jr.**                                                 Case No. _____

                                           Debtor(s)            Chapter    **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **85**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 14, 2012**_____        Signature    **/s/ Albert J Antoni, Jr.**_____

                                                           **Albert J Antoni, Jr.**

                                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Antoni, Jr.**        Case No. _____

                Debtor(s)        Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None □

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$14,935.90** | **2012 YTD:** |
| **$29,870.00** | **2011:** |
| **$29,870.00** | **2010:** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT           SOURCE

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

　　a.　*Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

　　b.　*Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None** ■

　　c.　*All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

　　a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ING Bank, FSB v. Albert J. Antoni Jr., et al. (09 CH 50563)** | | **Circuit Court of Cook County, Illinois; County Dept. Chancery Division** | |
| **Siemens Financial Services, Inc. v. Falcon Precision Industries, Inc. and Albert J. Antoni, Jr. (09 L 932)** | | **Circuit Court of the 19th Judicial Circuit, Lake County** | |
| **Michael Piazza v. Falcon Precition Industries (Wage Claim No. 09-005538)** | **Wage Claim** | **State of IL, Dept. of Labor, Fair Labor Standard Division** | |
| **Banc of America Leasing & Capital, LLC (09 L 754)** | | **Circuit Court of the 19th Judicial Circuit, Lake County, IL** | |
| **GSL of Illiinois, LLC v. Falcon Precision Industries, Inc. and Albert Antoni (09 L 0711)** | | **Circuit Court of the 19th Judicial Circuit, Lake County, IL** | |
| **Webster Capital Finance, Inc./Center Capital Corporation v. Falcon Precision Industries, Inc., Machinery Systems, Inc. d/b/a Systems Financial Credit (09 L 840)** | | **Circuit Court of the 19th Judicial Circuit; Lake County, IL** | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| State Bank, an IL Banking Corporation v. Albert J. Antoni, Jr.; Property Owner's Association, if any; Unknown Owners and Non-record Claimants (09 CH 3921) | | Circuit Court of the 19th Judicial Circuit, Lake County, IL | |
| State Bank, an IL Banking Corporation v. Albert J. Antoni, Jr. a/k/a Albert Antoni, Jr.; Property Owner's Association, if any; Unknown Owners and Non-Record Lien Claimants (09 CH 3922) | | Circuit Court of the 19th Judicial Circuit, Lake County, IL | |
| J. Rubin & Company, an IL Corp. v. Falcon Precision Industries, Inc., an IL corporation (09 SC 5357) | | Circuit Court of the 17th Judicial Circuit, Winnebago County, IL | |
| PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National City Commercial Capital, LLC as successor by merger with National City Commercial Capital Corp., as assignee of Machinery Systems., d/b a Systems Financial Credit v. Falcon Precision Industries, Inc. and Albert Antoni, individually (09 CV 05777) | | U.S. District Court fo the Northern Dist. of IL, Eastern Division | |
| ING Bank, FSB v. Albert J. Antoni, Jr., et al. (10 CH 0586) | | Circuit Corut of the 19th Judicial Circuit; Lake County, IL | |
| Ther Huntington National Bank v. Falcon Precision Industries, Inc. and Albert Antoni (10 L 0359) | | Circuit Court of the 19th Judicial Circuit, Lake County, IL | |
| Chase Bank USA, N.A. v. Albert J. Antoni, Jr. (10 AR 1023) | | Circuit Court of the 19th Judicial Circuit, Lake County, IL | |
| CNH Capital America, LLC v. Falcon Precision Industries, Inc. and Albert Antoni, Jr. (10 LM 1222) | | Circuit Court of the 19th Judicial Circuit, Lake County, IL | |
| Lyon Financial Services, Inc. d/b/a USBancorp Manifest Funding Services, Creditor v. Falcon Precision Industries, Inc. and Alber Antoni, Debtor (42 CV-10-270) | | State of Minnesota, Lyon County Dist. Court, 5th Judicial District | |
| ING v. Antoni | Foreclosure on Residence | Circuit Court of Lake County | Judgement/Sale |
| Wonderlake State Bank v. Antoni | Foreclosure on Residence | Circuit Court of Lake County | Judgment/Sale |
| Wonder Lake State Bank v. Antoni | | | |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ottenheimer Law Group, LLC** **750 Lake Cook Road** **Suite 140** **Buffalo Grove, IL 60089** | | **$1,000.00** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Falcon Precision Industries, Inc.** | **36-3990319** | | **Defense Subcontractor** | **1994-2009** |
| **AJA, Inc.** | | | **Holding company** | **2005 to current** |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Farmer Poklop Hoppa & Co.**
**1100 S. Old Rand Road**
**Lake Zurich, IL 60047**

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                             (Specify cost, market or other basis)

8

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 24. Tax Consolidation Group.

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### 25. Pension Funds.

None
■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June 14, 2012**                   Signature   **/s/ Albert J Antoni, Jr.**
                                                       **Albert J Antoni, Jr.**
                                                       Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Albert J Antoni, Jr.__                          Case No. _____

                                        Debtor(s)        Chapter    __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered           ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt             ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   __June 14, 2012__ _____       Signature    __/s/ Albert J Antoni, Jr.__ _____

                                                          **Albert J Antoni, Jr.**

                                                          Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Albert J Antoni, Jr.**_____   Case No. _____
                                                    Debtor(s)          Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | **1,500.00** |

2.    The source of the compensation paid to me was:

      ■ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor       ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 14, 2012**_____         **/s/ Lester A. Ottenheimer III**_____
                                                    **Lester A. Ottenheimer III 3127572**
                                                    **Ottenheimer Law Group, LLC**
                                                    **750 Lake Cook Road**
                                                    **Suite 140**
                                                    **Buffalo Grove, IL 60089**
                                                    **847-520-9400  Fax: 847-520-9410**
                                                    **Lottenheimer@olawgroup.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Antoni, Jr.**                                                                  Case No.

_____    Chapter    **7**
                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Albert J Antoni, Jr.**                                           X    **/s/ Albert J Antoni, Jr.**                  **June 14, 2012**
Printed Name(s) of Debtor(s)                                          Signature of Debtor                  Date

Case No. (if known) _____    X    _____
                                                     Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Albert J Antoni, Jr.**        Case No.

           Debtor(s)     Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        **480**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **June 14, 2012**            **/s/ Albert J Antoni, Jr.**

                                 **Albert J Antoni, Jr.**

                                 Signature of Debtor

1000 N. Randroad Industrial
c/o Foster Premier, Inc.
750 W. Lake Cook Road, Suite 190
Buffalo Grove, IL 60089


A & W Tool, Inc.
5309 Business Parkway, Unit 101
Ringwood, IL 60072


A. Arteaga Landscaping
49 Lippincott Road
Fox Lake, IL 60020


ABC/Amega
1100 Main Street
Buffalo, NY 14209-2356


ABC/Amega
1100 Main Street
Buffalo, NY 14209-2356


Ability Metal  Co.
1355 Greenleaf Avenue
Elk Grove Village, IL 60007


Accu-Grind Manufacturing, Inc.
386 Hollow Hill Drive
Wauconda, IL 60084


Ace Grinding
5017 W. Lake Street
Melrose Park, IL 60160


Action Plastics, Inc.
424 S. County Line Road
Bensenville, IL 60106


Adam M. Antoni
1521 Williams Avenue
Round Lake, IL 60073


ADT
PO Box 371967
Pittsburgh, PA 15250

ADT Security Services, Inc.
c/o Serota Avis & Assoc.
PO Box 1008
Arlington Heights, IL 60006


Advanced Thermal Processing, Inc.
501 Eastern Avenue
Bensenville, IL 60106


Aero Vac Alloys & Forge Inc.
c/o Euler Hermes Uma
600 S. 7th Street
Louisville, KY 40201


Aero-Vac Alloys & Forge Inc.
PO Box 952474
Irvine, CA 92619


Agustin Arteaga Landscaping
49 Lippincott Road
Fox Lake, IL 60020


Agustin L. Guerrero
322 Sheridan Road
Lakemoor, IL 60051


Alexandria Metal Finishers
9418 Gunston Cove Road
Lorton, VA 22079


Alloyweld Inspection
796 Maple Lane
Bensenville, IL 60106


Ally Financial Inc.
900 N. Squirrel Road
Auburn Hills, MI 48326


Alro Steel Corporation
Drawer 641005
Post Office Box 64000
Detroit, MI 48264

Ameri Gas
1030 N. Skokie Hwy.
Gurnee, IL 60031


American Backflow Prevention, Inc.
815 Oakwood Road, Suite E
Lake Zurich, IL 60047


American Express
PO Box 0001
Los Angeles, CA 90096


American Express
c/o NCO Financial Sys., Inc.
507 Prudential Road
Horsham, PA 19044


American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355


Amerigas
1030 N. Skokie Highway
Gurnee, IL 60031


Ameritech
Post Office Box 8100
Aurora, IL 60507


AMI Metals, Inc.
Post Office Box 952474
Saint Louis, MO 63195


AMI Metals, Inc.
Post Office Box 952474
Saint Louis, MO 63195


Anna Janssens
664 Lido Terrace East
Bartlett, IL 60103


Anodizing Specialist
210 Crossen Avenue
Elk Grove Village, IL 60007

AQ Alloys & Forge, Inc.
1261 N. Sunshine Way
Anaheim, CA 92806


AT&T
PO Box 8100
Aurora, IL 60507


AT&T - Illinois
c/o Alliant Law Group, P.C.
PO Box 468569
Atlanta, GA 31146


B&S Aircraft Alloys
10 Aerial Way
Syosset, NY 11791


B&S Aircraft Alloys, Inc.
10 Aerial Way
Syosset, NY 11791


Bank of America
PO Box 951001
Dallas, TX 75285


Bank of America
c/o Collectcorp
455 North 3rd St., Ste. 260
Phoenix, AZ 85004


Bank of America
c/o Ira T. Nevel, Inc.
175 N. Franklin Street
Chicago, IL 60606


Bank of America Leasing & Capital
c/o Swanson Martin & Bell
1860 W. Winchester Rd., Ste. 201
Libertyville, IL 60048


Belec Electrical, Inc.
7720 Gross Point Road
Skokie, IL 60077

Belmont Equipment Company
PO Box 71013
Madison Heights, MI 48071


Biehl & Biehl, Inc.
PO Box 87410
Carol Stream, IL 60188


Bill Clemens
c/o Charles R. Barnett III, Esq.
1664 Moorland Lane
Crystal Lake, IL 60014


Bisco Industries, Inc.
1500 N. Lakeview Avenue
Anaheim, CA 92807


Boedeker Plastics, Inc.
904 W. 6th Street
Shiner, TX 77984


Booth Felt Co., Inc.
Post Office Box 92170
Elk Grove Village, IL 60009


BSI America, Inc.
Dept. CH 19307
Palatine, IL 60055


Calco, Ltd.
960 Muirfield Drive
Hanover Park, IL 60103


Capital One
PO Box 6492
Carol Stream, IL 60197


Capital One Bank
PO Box 6492
Carol Stream, IL 60197


Capital One Bank
c/o Alliance One
4850 Street Road, Ste. 300
Trevose, PA

Capital One Bank, N.A.
PO Box 12903
Norfolk, VA 23541


Capital One Bank, N.A.
c/o Portfolio Recovery Assoc. LLC
PO box 12914
Norfolk, VA 23541


Carbide Probes, Inc.
1328 Research Park Drive
Dayton, OH 45432


Cardmember Services (United Mileage
c/o Chase Card Services
PO Box 15153
Wilmington, DE 19886


Carlson Tool & Manufacturing Corp.
PO Box 85
Cedarburg, WI 53012


CBCS
P.O. Box 69
Columbus, OH 43216


CBCS
P.O. Box 69
Columbus, OH 43216


Center Capital Corp
c/o Dennis Dressler/Kenneth Peters
111 W. Washington St., Ste. 1900
Chicago, IL 60602


Center Capital Corporation
c/o Joshua M. Bernstein
111 W. Washington St., 1900
Chicago, IL 60602


Central Capital Corp
c/o Joshua M. Bernstein
111 W. Washington St., Ste. 1900
Chicago, IL 60602

Charles M. Thomson
1480 S. Wolf Road
Wheeling, IL 60090


Chase Bank USA, N.A.
c/o Michael Fine/Sarah Faulkner
131 S. Dearborn St., 5th Floor
Chicago, IL 60603


Citibank
c/o MCM
P.O. Box 603 - Dept. 12421
Oaks, PA 19456


CNH Capital
Post Office Box 72147-0170
Philadelphia, PA 19170


CNH Capital
PO Box 72147-0170
Philadelphia, PA 19170


Coastline Metal Finishing Corp.
7061 Patterson Drive
Garden Grove, CA 92841


ComEd
Bill Payment Center
Chicago, IL 60668


Constar Financial Services, LLC
3561 Bell Road
Phoenix, AZ 85053


Copper & Brass Sales
Post Office Box 77040
Detroit, MI 48277


Copper and Brass Sales Inc.
c/o Biehl & Biehl, Inc.
325 E. Fullerton Avenue
Carol Stream, IL 60188

Cornerstone Companies
2825 Bay Meadow Lane
McHenry, IL 60050


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693


Discover
P.O. Box 6103
Carol Stream, IL 60197-6103


Discover Financial Service
c/o Weltman Weinberg & Reis Co.
323 W. Lakeside Ave., Ste. 200
Cleveland, OH 44113


DoAll Chicago
4436 Paysphere Circle
Chicago, IL 60674


DoAll, Inc.
c/o Charles M. Thomson, Esq.
1480 S. Wolf Road
Wheeling, IL 60090


Electrodes, Inc.
Post Office Box 405049
Atlanta, GA 30384


Eric Rasmussen
521 Kingston Blvd
McHenry, IL 60050


Esther Avitia
511 Carriage Hill Road
Island Lake, IL 60042


Fabian Arriaga
1814 Clayton Avenue
Racine, WI 53404


Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Falcon Precision Engineering, Inc.

Fastener Depot, Inc.
6166 Enterprise Drive
Diamond Springs, CA 95619

Federal Express
PO Box 94515
Palatine, IL 60094


Federal Express
Federal Express Recovery Dept.
PO Box 94515
Palatine, IL 60094


Federal Express Freight
4103 Collection Center Drive
Chicago, IL 60693


FedEx
c/o Weinstock & O'Malley
PO Box 311
Old Bridge, NJ 08857


Firesource Advantage LLC
c/o Capital One Bank (USA) NA
PO Box 628
Buffalo, NY 14240


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


FPM Heat Treating
1715 Momentum Place
Chicago, IL 60689


Frank, Gerkin & McKenna, P.C.
19333 E. Grant Hwy.
P.O. Box 5
Marengo, IL 60152


Fry Steel Company
Post Office Box 4028
Santa Fe Springs, CA 90670


Glenn R. Balon
816 Glenshire Road
Glenview, IL 60025

GMAC
PO Box 9001948
Louisville, KY 40290


Grainger
Dept. 833735475
Palatine, IL 60038


Great Lakes Specialty Meadows, Inc.
PO Box 8000
Buffalo, NY 14267


GSL of Illinois, Inc.
c/o David Hazan
111 North County Street
Waukegan, IL 60085


Hausman & Kunkel, Inc.
40 South Prospect
Roselle, IL 60172


Heritage Crystal Clean LLC
c/o Gary M. Vanck
1250 Larkin Ave., Suite 100
Elgin, IL 60123


Hindin Owen Engelke Inc.
c/o Engelberg & Smith
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093


Hohman Plating & Mfg., Inc.
814 Hillrose Avenue
Dayton, OH 45404


Howard Precision Metals, Inc.
Post Office Box 1650
Milwaukee, WI 53201


Huntington National Bank
c/o Nicoladu Michaels & Evans, Ltd.
7503 West 56th Street
Summit, IL 60501

I.C. System, Inc.
c/o Lyon Financial-US Bancorp
444 Highway 96 East/PO Box 64437
Saint Paul, MN 55164


IC System, Inc.
444 Highway 96
P.O. Box 64437
Saint Paul, MN 55164-0437


IL Machine Company, Inc.
421 Harvester Court
Wheeling, IL 60090


Indiana Insurance
Post Office Box 6486
Carol Stream, IL 60197


Industrial Towel & Uniform, Inc.
Post Office Box 88479
Milwaukee, WI 53288


ING Bank FSB
c/o Carolyn Artus/Marny Abbott
180 N. LaSalle St., Ste. 2400
Chicago, IL 60601


Intuit, Inc.
Post Office Box 2981
Phoenix, AZ 85062


Ira T. Nevel, LLC
175 N. Franklin Street
Suite 201
Chicago, IL 60606


Iverson & Company
441 North Third Avenue
Des Plaines, IL 60016


J&L Industrial Supply
PO Box 382070
Pittsburgh, PA 15250

J. H. Metrology Company, Inc.
1801 Hicks Road, Unit E
Rolling Meadows, IL 60008


J. Rubin & Co.
3540 Paysphere Circle
Chicago, IL 60674


J. Rubin & Co.
c/o Jason H. Rock, Esq.
6833 Stalter Drive
Rockford, IL 61108


James F. Podolski
508 Longtree Drive
Wheeling, IL 60090


Jeffrey C. Thut
Roach Johnson & Thut
415 Washington St., Ste. 103
Waukegan, IL 60085


Jeremy J. Antoni
244 Lippincott Lane
Fox Lake, IL 60020


Jet Finishers
79 Bond Street
Elk Grove Village, IL 60007


Jet Finishers
c/o Hatmaker & Associates
1156 South Highway 1
Vero Beach, FL 32962


John Blankenship
8317 312th Avenue
Burlington, WI 53105


John Scudiero
450 Pancer Drive
Addison, IL 60101

John Scudiero
450 Pioneer Drive
Addison, IL 60101


Joseph S. Kenyon
PO Box 249
Silver Lake, WI 53170


JP Morgan Chase Bank N.A.
Chase Auto Finance
PO Box 901032
Fort Worth, TX 76101


K&L Countertops
4143 Orleans Street
McHenry, IL 60050


Keller-Heartt Oil
4877 Paysphere Circle
Chicago, IL 60674


Ken Evanger
209 Sterling Court
Genoa City, WI 53128


Kevin Farwick
310 Kimball Avenue
Wauconda, IL 60084


Klemens
c/o Charles R. Barnett III
1664 Moorland Lane
Crystal Lake, IL 60014


Liebovich Steel & Aluminum Co.
75 Remittance Drive, Suite 1514
Chicago, IL 60675


Lyon Financial Services, Inc.
d/b/a US Bancorp-c/o Troy Kepler
Marshall, MN 56258


Lyon Industries
1630 Shanahan Drive
South Elgin, IL 60177

Machinery Tooling & Supply
Dept. 8070
Post Office Box 87618
Chicago, IL 60680


Macke Water Systems, Inc.
Post Office Box 545
Wheeling, IL 60090


Magnetic Inspection Laboratory, Inc
1401 Greenleaf Avenue
Elk Grove Village, IL 60007


Manifest Funding Services/Lyon Fin.
c/o John D. Docken
1310 Madrid
Marshall, MN 56258


Manuela Avitia
202 W. Burnett
Island Lake, IL 60042


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


McMaster Carr Supply
Post Office Box 7690
Chicago, IL 60680


Metal Improvement Company, LLC
Dept. 0808
Post Office Box 120001
Dallas, TX 75312


Metals Technology Corp.
120 N. Schmale Road
Carol Stream, IL 60188


Metals Technology Corporation
120 N. Schmale Road
Carol Stream, IL 60188

Metals, Inc.
2805 Market Street, Suite 150
Garland, TX 75041


Michael R. Piazza
880 W. Firestone Drive
Hoffman Estates, IL 60192


Michele LaRock
3706 Westminster Place
McHenry, IL 60050


Midwest Specialty Metals, Inc.
9831 S. 78th Avenue, Unit C
Hickory Hills, IL 60457


Miguel Mendez
322 Sheridan Road
McHenry, IL 60051


Mohawk Stamp Company
411 E. Glencoe
Palatine, IL 60074


MSC Industrial Supplly Co.
75 Maxess Road
Melville, NY 11747


MSC Industrial Supply Co.
Dept. CH 0075
Palatine, IL 60055


National City Commercial Capital
Post Office Box 931034
Cleveland, OH 44193


National Rubber Stamp Co., Inc.
1704 W. Belmont Avenue
Chicago, IL 60657


Nicor Gas
PO Box 416
Aurora, IL 60568

Nicor Gas
c/o Arnold Scott Harris
222 Merchandise Mart Plaza, #1932
Chicago, IL 60654


Nicor Gas
c/o NCO Financial Systems Inc.
PO box 17196
Baltimore, MD 21297


Northstar Location Service, LLC
c/o Bank of America-Finance Serv
4285 Genesee Street
Cheektowanga, NY 14225


Northstar Location Services,LLC
Attn: Financial Services Dept.
4285 Genesee Street
Cheektowaga, NY 14225-1934


OFC Capital Corp.
c/o Gabriel B. Antman
7 W. Washington St., #719
Chicago, IL 60602


Office Depot
Post Office Box 88040
Chicago, IL 60680


Online Metals.com
1138 West Ewing
Seattle, WA 98119


Parker Hannifin Corporation
7895 Collection Center Drive
Chicago, IL 60693


Penncro Associates, Inc.
PO Box 1878
Southampton, PA 18966


Penncro Associates, Inc.
P.O. Box 538
Oaks, PA 19456

PetroLiance
Post Office Box 905692
Charlotte, NC 28290


Pitney Bowes Bank
c/o Allen Maxwell & Silver, Inc.
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


Pitney Bowes Global
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Pitney Bowes Global Fin. Serv.
c/o LTD Financial Serv., LP
7322 Southwest Freeway, Ste. 1600
Houston, TX 77074


Pitney Bowes Global Fin. Serv. LLC
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Pitney Bowes Global Fincl Serv.
c/o Caine & Weiner
PO box 5010
Woodland Hills, CA 91365


Pitney Bowes-Purchase Power
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


PNCEF, LLC/d/b/a PNC Equip. Fin.
c/o Vincent T. Borst
25 E. Washington St., Ste. 1000
Chicago, IL 60602


Popular Leasing
15933 Clayton Road, Suite 200
Ballwin, MO 63011


Portfolio Recover Associates, LLC
P.O. Box 12903
Norfolk, VA 23541

Praxair Distribution, Inc.
Dept. CH 10660
Palatine, IL 60055


PRC-DeSoto International
Dept. AT 40280
Atlanta, GA 31192


Precise Lapping & Grinding Corp.
2041 Janice Avenue
Melrose Park, IL 60160


Presidential Titanium
Post Office Box 36
243 Franklin Street (Route 27)
Hanson, MA 02341


Progressive Alloy Steels Unlimited
2217 Bobo Newsome Hwy
Hartsville, SC 29551


Progressive Steel Treating
22397 Network Place
Chicago, IL 60673


Purchase Power
Post Office Box 846042
Louisville, KY 40285


Quill
c/o RMS
1250 E. Diehl Rd., Ste. 300/POB 300
Naperville, IL 60563


R.L. Corty & Co., Inc.
3704 N. Cicero Avenue
Chicago, IL 60641


Richard T. Avis
P.O. Box 1008
Arlington Heights, IL 60006


RMS
P.O. Box 523
Trenton, KY 42286

Rofstad, Inc.
Post Office Box 1071
Elk Grove Village, IL 60009


Russell Mayfield
35242 N. Moody Street
Fox Lake, IL 60081


Safeco Liberty Mutual Group
c/o Brennan & Clark Ltd.
721 E. Madison, Ste. 200
Villa Park, IL 60181


Sandra Grantham
c/o Roach, Johnston & Thut
415 W. Washington Street, Suite 103
Waukegan, IL 60085


Saporito Finishing Company
Post Office Box 669
Elgin, IL 60121


Sears Premium Card
PO Box 183082
Columbus, OH 43218


Serota Avis & Associates
P.O. Box 1008
Arlington Heights, IL 60006


Siemens Financial Services
c/o Vedder Price P.C.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601


Siemens Financial Services
P.O. Box 2083
Carol Stream, IL 60132


Siemens Financial Services, Inc.
c/o John Zummo/Joan M. Colson
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601

Siemens Financial Services, Inc.
c/o Vedder Price P.C.
222 N. LaSalle St., Ste. 2600
Chicago, IL 60601


Siemens Product Lifecycle Mgmt
Post Office Box 502825
Saint Louis, MO 63150


Source One Metals
42854 Mound Road
Sterling Heights, MI 48314


Southwest Stainless & Alloy Metals
2407 Highway 146 North
Texas City, TX 77590


Specialty Steel Treating, Inc.
34501 Commerce Road
Fraser, MI 48026


Specialty Steel Treating, Inc.
34501 Commerce Road
Fraser, MI 48026


Spectrum Aluminum, L.L.C.
S80 W18753 Apollo Drive
Post Office Box 216
Muskego, WI 53150


Spectrum Coatings, Inc.
217 Chapman Street
Providence, RI 02905


State Bank
c/o Franks Gerkin & McKenna PC
PO Box 5
Marengo, IL 60152


State Bank of the Lakes
Loan Servicing
440 Lake Street
Antioch, IL 60002

Sunshine Metals, Inc.
Post Office Box 1655
Zachary, LA 70791

Supra Alloys, Inc.
351 Cortez Circle
Camarillo, CA 93012

Supreme Saw and Service Company
3820 W. 128th Place
Alsip, IL 60803

Swiss Automation, Inc.
1020 W. Northwest Highway
Barrington, IL 60010

Swiss Automation, Inc.
1020 W. Northwest Highway
Barrington, IL 60010

Synter Resource Gourp, LLC
P.O. Box 63247
North Charleston, SC 29419-3247

Systems & Services Tech., Inc.
PO Box 801997
Kansas City, MO 64180

Systems & Services Technologies
Post Office Box 801997
Kansas City, MO 64180

Systems & Services Technologies
Post Office Box 3999
4315 Pickett Road
Saint Joseph, MO 64503-0999

Talltek Machining Systems, Inc.
Post Office Box 3537
1005 Sutton Place
Saint Charles, IL 60174

TCF Equipment Finance, Inc.
1922 Solutions Center
Chicago, IL 60677

TCF Equipment Finance, Inc.
1922 Solutions Center
Chicago, IL 60677


TCF Leasing, Inc.
Post Office Box 4130
Hopkins, MN 55343


TCF Leasing, Inc.
PO Box 4130
Hopkins, MN 55343


TCI Precision Metals
Dept. 6227
Los Angeles, CA 90084


TCI Precision Metals
Dept. 6227
Los Angeles, CA 90084


TCI Precision Metals
240 E. Rosecrans Avenue
Gardena, CA 90248


Temperature Processing Co.
228 River Run North
North Arlington, NJ 07031


Temperature Processing Co., Inc.
228 River Road
North Arlington, NJ 07031


The CIT Group/EF
10201 Centurian Parkway N.
Jacksonville, FL 32256


The CIT/EF
One Deerwood
10201 Centurion Pkwy North, #100
Jacksonville, FL 32256


The Huntington National Bank
c/o Nicoladu Michaels & Evans
7503 W. 56th Street
Summit Argo, IL 60501

The State Bank Group
c/o Franks Gerkin & McKenna PC
19333 E. Grant Hwy.
Marengo, IL 60152


Thomas J. Antoni Jr.
7086 Orchard Lane
Hanover Park, IL 60133


Timothy Anger
25746 N. Kyle Court
Hawthorne Woods, IL 60047


Timothy D. Angel, Sr.
25746 N. Kyle Court
Hawthorne Woods, IL 60047


Tiodize
5858 Engineer Drive
Huntington Beach, CA 92649


TMA Tooling & Manufacturing Assn
117 S. Dee Road
Park Ridge, IL 60068


Tooling & Manufacturing Assoc.
1177 S. Dee Road
Park Ridge, IL 60068


Trans World Alloys
334 East Gardena Blvd.
Gardena, CA 90248


Tru-Cut Tool & Supply
3820 W. 128th Place
IL 60658


TruWay
Post Office Box 1092
Brookfield, WI 53008


United Mileage Plus
PO Box 15298
Wilmington, DE 19850

United Parcel Service
Lock Box 577
Carol Stream, IL 60132


United Recovery Systems, LP
PO Box 722929
Houston, TX 77272


US Cellular
PO Box 7835
Madison, WI 53707


Valentine & Kerbartas, Inc.
P.O. Box 5804
Troy, MI 48007-5804


Van Hoesen Industries, Inc.
7N458 Garden Avenue
Roselle, IL 60172


Viking Office Products
PO box 88040
Chicago, IL 60680


Village of Wauconda
101 N. Main Street
Wauconda, IL 60084


Vital Recover Services
P.O. Box 923748
Norcross, GA 30010-3748


Waste Management North
Post Office Box 4648
Carol Stream, IL 60197


Webster Capital Finance, Inc.
c/o Kenneth Peters/Vincent Bidez
111 W. Washington St., Ste. 1900
Chicago, IL 60602


Western Titanium
8015 Silverton Avenue
San Diego, CA 92126

Westmoreland Mechanical Testing
221 Westmoreland Drive
Youngstown, PA 15698


William A. Hellyer, Ltd
444 N. IL Route 31, Suite 100
Crystal Lake, IL 60012


Wonder Lake State Bank
3316 Thompson Road
Wonder Lake, IL 60097


Xact Wire EDM Corporation
N8 W22399 Johnson Drive
Waukesha, WI 53186


Zeiss Communication
6250 Sycamore Lane
Osseo, MN 55369